IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-CV-425 SLR |
| MBNA AMERICA BANK, N.A. a subsidiary of MBNA CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## NOTICE OF DEPOSITION

TO:  Rudolph Contreras
Assistant U.S. Attorney, Chief Civil Division
U.S. Department of Justice
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Terrence R. Cook, Trial Attorney
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South Fifth Street
The Bourse, Suite 400
Philadelphia, PA 19106-2515

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of **Justus D. Eapen** on **Monday, April 4, 2005** at **10:00 a.m.**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, Wilmington, DE 19801.

_/s/ Sheldon N. Sandler_
Sheldon N. Sandler, Esquire  ID # 245
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor - P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673
Facsimile: (302) 576-3330
ssandler@ycst.com
Attorneys for Defendant

DATED: March 22, 2005
cc:     Wilcox & Fetzer

## CERTIFICATE OF SERVICE

I hereby certify that on **March 22, 2005**, I electronically filed a true and correct copy of the foregoing **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

Rudolph Contreras **(By Hand Delivery)**
Assistant U.S. Attorney
U.S. Department of Justice
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Terrence R. Cook **(By First Class Mail)**
Trial Attorney
U.S. Equal Employment Opportunity
Commission
Philadelphia District Office
21 South Fifth Street
The Bourse, Suite 400
Philadelphia, PA  19106-2515

I further certify that on **March 22, 2005**, I caused a copy of the foregoing **Notice of Deposition** to be served on the following counsel of record:

Rudolph Contreras **(By Hand Delivery)**
Assistant U.S. Attorney
U.S. Department of Justice
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046

Terrence R. Cook **(By First Class Mail)**
Trial Attorney
U.S. Equal Employment Opportunity
Commission
Philadelphia District Office
21 South Fifth Street
The Bourse, Suite 400
Philadelphia, PA  19106-2515

_____
Sheldon N. Sandler, Esquire (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email:  ssandler@ycst.com
Attorneys for Defendant.

DATED:  March 22, 2005