IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-CV-425 SLR |
| MBNA AMERICA BANK, N.A. a subsidiary of MBNA CORPORATION, | ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

## MOTION TO AMEND SCHEDULING ORDER

The parties hereto, by counsel, hereby jointly request that the Scheduling Order be extended. This is a class action brought by the Equal Employment Opportunity Commission and discovery will require depositions of numerous employees of Defendant. While written discovery has been exchanged, it has been difficult to schedule times for the various depositions and as a result, discovery is only in its beginning stages. The named class member's deposition was taken on Monday, April 4, 2005 and several other depositions have been scheduled during the month of April. However, Plaintiff's lead attorney has a two-week trial scheduled to begin on April 18, 2005 and a pretrial on April 11, 2005, as a result of which it will be impossible to complete discovery by the end of April. It is believed that an additional three months is necessary to reasonably insure that discovery will be completed. Therefore, the parties jointly request that the Scheduling Conference be amended to reflect that discovery shall be completed by July 31, 2005 and that case dispositive motions be submitted no later than September 15, 2005, and that the Status Conference and/oral argument on dispositive motions be scheduled at a later time at the Court's convenience.

Respectfully submitted,

_____/S/_____
Rudolph Contreras
Assistant U.S. Attorney
U.S. Department of Justice
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE  19899-2046
Telephone:  (302) 573-6277


_____/S/_____
Terrence R. Cook
Trial Attorney
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
21 South Fifth Street
The Bourse, Suite 400
Philadelphia, PA  19106-2515
Telephone:  (215) 440-2688
Facsimile:  (215) 440-2848


_____/S/_____
Sheldon N. Sandler (Del. No. 3399)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  (302) 571-6673
Facsimile:  (302) 576-3330
ssandler@ycst.com
Attorneys for Defendant


DATED:  April 8, 2005