## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 04-425-SLR |
| MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION, | : : : | |
| Defendant. | : : | |

## ORDER

At Wilmington this **27th** day of **April, 2005**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, October 11, 2005** beginning at **10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, September 30, 2005.** All other provisions of the Court's October 13, 2004 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE