IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-CV-425 SLR |
| MBNA AMERICA BANK, N.A. a subsidiary of MBNA CORPORATION, | ) ) ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) | |

## NOTICE OF SERVICE

      I, Sheldon N. Sandler, Esquire, hereby certify that on June 30, 2005, I caused two copies of **Defendant's First Request for Admissions, Defendant's Second Set of Interrogatories, and Defendant's Second Request for Production** to be served upon the following counsel of record:

    Rudolph Contreras, Esquire **(By Hand Delivery)**
    Assistant U.S. Attorney, Chief Civil Division
    U.S. Department of Justice
    1007 Orange Street, Suite 700
    P.O. Box 2046
    Wilmington, DE 19899-2046

    Terrence R. Cook, Esquire **(By First Class Mail)**
    U.S. Equal Employment Opportunity Commission
    Philadelphia District Office
    21 South Fifth Street
    The Bourse, Suite 400
    Philadelphia, PA 19106-2515

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Sheldon N. Sandler
        ―――――――――――――――――――――
        Sheldon N. Sandler, Esquire (No. 0245)
        The Brandywine Building
        1000 West Street, 17th Floor
        P.O. Box 391
        Wilmington, Delaware 19899-0391
        Telephone: (302) 571-6673
        Facsimile: (302) 576-3330
        Email: ssandler@ycst.com
        Attorneys for Defendant

Dated: June 30, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2005, I electronically filed a true and correct copy of foregoing **Notice of Service** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rudolph Contreras
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on June 30, 2005, I caused a copy of **Notice of Service** to be served by hand-delivery on the following counsel of record:

>Rudolph Contreras, Esquire
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on June 30, 2005, I served the foregoing **Notice of Service** on the following non-registered participants in the manner indicated below:

>Terrence R. Cook, Esquire **(By First Class Mail)**
>U.S. Equal Employment Opportunity Commission
>Philadelphia District Office
>21 South Fifth Street
>The Bourse, Suite 400
>Philadelphia, PA 19106-2515

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Sheldon N. Sandler
>_____
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendant

Dated: June 30, 2005