# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) Civil Action No. 04-425 (SLR) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION, | )<br>)<br>) |
| Defendant. | )<br>) |

## NOTICE OF SERVICE

Pursuant to D. Del. L.R. 5.4, counsel for the EEOC certifies that, on this date, a Notice of Deposition for the testimony of D. Ings, S. Byun, J. Dell, J. Micek, E. Marra, R. Kilmon, and N. Chacko was served upon counsel for MBNA, Sheldon N. Sandler, via Facsimile and regular mail.

Respectfully submitted,

UNITED STATES ATTORNEY
DISTRICT OF DELAWARE

_____/S/_____
TERRENCE R. COOK
COLM CONNOLLY                               Trial Attorney
United States Attorney

U.S. EQUAL EMPLOYMENT
_____/S/_____   OPPORTUNITY COMMISSION
RUDOLPH CONTRERAS                           21 S. 5th Street, Suite 400
Asst. U.S. Attorney, Chief Civil Division,  Philadelphia PA 19106
U.S. Dept of Justice                        Telephone: (215) 440-2688
1007 Orange Street, Suite 700               Facsimile: (215) 440-2848
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277

Date: July 6, 2005

## CERTIFICATE OF SERVICE

       I hereby certify that on this <u>6th</u> day of July 2005, I electronically filed the attached NOTICE OF SERVICE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sheldon N. Sandler
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                                                _____/S/_____
                                                RUDOLPH CONTRERAS
                                                Chief, Civil Division
                                                Assistant United States Attorney
                                                1007 Orange Street
                                                Suite 700
                                                Post Office Box 2046
                                                Wilmington, Delaware 19899-2046
                                                (302) 573-6277