**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNTIY COMMISSION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION<br><br>　　　　Defendant. | Case No. 04cv425-SLR |

**PLAINTIFF EEOC'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

　　Plaintiff United States Equal Employment Opportunity Commission respectfully requests that the Scheduling Order be extended. This is an action brought under Title VII alleging national origin discrimination and retaliation. The parties have been diligent in conducting discovery in this matter. Both parties have exchanged written discovery. Defendant MBNA has served a second set of written discovery request. There have been a significant number of depositions taken to date. Most recently, EEOC took the deposition of six defense witnesses. Due to the nature of this case, however, discovery requires deposition of additional defense witnesses. Scheduling conflicts, due to various vacation plans, make it impossible for EEOC to complete its discovery prior to July 31, 2005. Another 60 days is needed to insure that discovery will be completed. Accordingly, Plaintiff EEOC respectfully requests that the existing Scheduling Order be amended to reflect that discovery shall be completed by September 30, 2005 and that case dispositive motions be submitted no later than November 15, 2005, and that

the Status Conference and/or oral arguments on dispositive motions be scheduled at a later time at the Court's convenience. This will be the second amendment of the Scheduling Order. The requested changes should have no impact on the Court's schedule given that no pretrial or trial date has been scheduled. The new proposed schedule still allows the parties to complete discovery before the mediation conference before the Magistrate Judge scheduled for October 11, 2005. Undersigned counsel has conferred with Sheldon Sandler, Esquire, counsel for Defendant MBNA, who does not oppose this motion.

Respectfully submitted,

_____/S/_____
Rudolph Contreras
Assistant United States Attorney
U.S Department of Justice
1007 Orange Street
Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277

_____/S/_____
Terrence R. Cook
Senior Trial Attorney
U.S. Equal Employment Opportunity Commission
21 South Fifth Street
Philadelphia, PA 19106
(215) 440-2688

Dated: July 29, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that on this 28th day of July 2005, I electronically filed the attached **PLAINTIFF EEOC'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sheldon N. Sandler
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391


                                                               _____/S/_____
                                                               RUDOLPH CONTRERAS
                                                               Chief, Civil Division
                                                               Assistant United States Attorney
                                                               1007 Orange Street
                                                               Suite 700
                                                               Post Office Box 2046
                                                               Wilmington, Delaware 19899-2046
                                                               (302) 573-6277