# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY   :
COMMISSION,                        :

            Plaintiff,

     v.                            Civil Action No. 04-425-SLR

MBNA AMERICA BANK, N.A., a subsidiary :
of MBNA CORPORATION,            :

            Defendant.



## <u>ORDER</u>

At Wilmington this **11**th day of **October, 2005**,

IT IS ORDERED that:

The mediation conference scheduled for **Tuesday, October 11, 2005** has

been **cancelled**.



UNITED STATES MAGISTRATE JUDGE