IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 04-CV-425 SLR |
| v. ) ) | |
| MBNA AMERICA BANK, N.A., ) ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in its accompanying Opening Brief, Defendant hereby moves for summary judgment in the above-captioned matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email: ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendant

DATED: November 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed a true and correct copy of foregoing **Motion for Summary Judgment** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rudolph Contreras
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on November 15, 2005, I caused a copy of **Motion for Summary Judgment** to be served by hand-delivery on the following counsel of record:

>Rudolph Contreras, Esquire
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on November 15, 2005, I served the foregoing **Motion for Summary Judgment** on the following non-registered participants in the manner indicated below:

>Terrence R. Cook, Esquire **(By First Class Mail)**
>U.S. Equal Employment Opportunity Commission
>Philadelphia District Office
>21 South Fifth Street
>The Bourse, Suite 400
>Philadelphia, PA 19106-2515

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>/s/ Sheldon N. Sandler
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendant

Dated: November 15, 2005