## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, I electronically filed a true and correct copy of foregoing **Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rudolph Contreras
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on November 15, 2005, I caused a copy of **Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment** to be served by hand-delivery on the following counsel of record:

>Rudolph Contreras, Esquire
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on November 15, 2005, I served the foregoing **Defendant MBNA's Opening Brief in Support of Its Motion for Summary Judgment** on the following non-registered participants in the manner indicated below:

>Terrence R. Cook, Esquire **(By First Class Mail)**
>U.S. Equal Employment Opportunity Commission
>Philadelphia District Office
>21 South Fifth Street
>The Bourse, Suite 400
>Philadelphia, PA 19106-2515

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendant

Dated:  November 15, 2005