IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION                    )
                              )
                  Plaintiff,  )
                              )    C.A. No.04-CV-425 SLR
          v.                  )
                              )
MBNA AMERICA BANK, N.A.,      )
                              )
                  Defendant.  )


## APPENDIX TO DEFENDANT MBNA'S OPENING BRIEF
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT


YOUNG CONAWAY STARGATT & TAYLOR, LLP


Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware  19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email:  ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendant


DATED:  November 15, 2005

# TABLE OF CONTENTS

**Page**

Corrective Action Report for Nancy (Last Name Redacted)
dated December 17, 1999 ...................................................................................A1

DeGraff Offer Letter to Eapen dated February 10, 2000...................................A2

Eapen Application Statements dated February 18, 2000 ...................................A4

MBNA Information Security Guidelines
signed by Eapen on February 28, 2000...............................................................A5

MBNA Conflict of Interest Policy.......................................................................A6

Eapen Personnel Change Notice for Night Shift Differential
dated October 15, 2001 ........................................................................................A8

Corrective Action Report for Richard Wresneski
dated November 16, 2001 .....................................................................................A9

Corrective Action Report for William Kennedy
dated November 20, 2001 ...................................................................................A10

Eapen Corporation Articles of Incorporation for a Stock
Corporation dated December 17, 2001 ..............................................................A11

Corrective Action Report for Mark (Last Name Redacted)
dated April 24, 2002 ...........................................................................................A12

Eapen Officer Promotion Fact Sheet
dated June 27, 2002.............................................................................................A13

Eapen Year End Performance Evaluation
dated October 16, 2002 .......................................................................................A16

Pages from Eapen.net Printed During
Investigation on December 17, 2002 ..................................................................A22

Eapen Email to O'Neill dated January 8, 2003..................................................A140

Report from Information Security ......................................................................A141

Corrective Action Report for Jason (Last Name Redacted)
dated January 12, 2003 ......................................................................................A142

i

009626 1038

Kilmon/Cuffee-Williams File Memorandum
Re: Eapen dated January 21, 2003 ........................................................................A143

Kilmon/Stafford File Memorandumr
Re: Ford dated January 22, 2003 ..........................................................................A145

Kilmon/Stafford File Memorandum
Re: Hartnett dated January 22, 2003......................................................................A146

Kilmon/Stafford File Memorandum
Re: Chacko dated January 22, 2003........................................................................A147

Kilmon/Stafford File Memorandum
Re: McKeon dated January 23, 2003 .....................................................................A148

Tannenbaum Doctor's Note for Eapen
dated January 27, 2003 .........................................................................................A149

Eapen Certificate of Disability
dated February 11, 2003 .......................................................................................A150

Eapen Email to Dell re: My Employment at MBNA
dated February 21, 2003 .......................................................................................A151

Corrective Action Report for Eapen
dated March 10, 2003 ...........................................................................................A152

Corrective Action Report for Patrick (Last Name Redacted)
dated April 28, 2003 .............................................................................................A154

Excerpts from the Deposition Transcript of Justus Daniel Eapen
dated April 4, 2005 ...............................................................................................A155

Excerpts from the Deposition Transcript of Sung Byun
dated July 18, 2005 ...............................................................................................A208

Excerpts from the Deposition Transcript of James A. Dell, Jr.
dated July 19, 2005 ...............................................................................................A230

Excerpts from the Deposition Transcript of James J. Micek
dated July 19, 2005 ...............................................................................................A249

Excerpts from the Deposition Transcript of Neela B. Chacko
dated July 20, 2005 ...............................................................................................A252

DB01:1906766 1

009626 1038

Excerpts from the Deposition Transcript of Ernesto E. Marra
dated July 21, 2005 ........................................................................................................A258

Excerpts from the Deposition Transcript of Richard T. Kilmon
dated July 21, 2005 ........................................................................................................A268

Excerpts from the Deposition Transcript of Glenn A. Ford
dated August 1, 2005 ......................................................................................................A281

Excerpts from the Deposition Transcript of Thomas W. Liddle, Jr.
dated August 1, 2005 ......................................................................................................A285

Excerpts from the Deposition Transcript of Bridget C. Williams
dated August 2, 2005 ......................................................................................................A292

Excerpts from the Deposition Transcript of William F. Kennedy
dated August 2, 2005 ......................................................................................................A298

Excerpts from the Deposition Transcript of Richard Lee Wegner, Jr.
dated October 6, 2005......................................................................................................A305

Excerpts from the Deposition Transcript of Richard A. Wresneski
dated October 12, 2005....................................................................................................A309

DB01:1906766 1

009626.1038



# CORRECTIVE ACTION REPORT

| Date: | 12/17/99 | Id Number: | 00379 | Name: | Nancy ████ |
|---|---|---|---|---|---|
| Status/Grade: | PT/218 | DOH: | 4/14/86 | Job Title: | Risk Control Services Rep. |
| Cost Center: | 903 | Department: | Authorizations | Manager Name/Ext: | John Pedicone |

**Corrective Action Status:**
_____ First Warning       _____ Final Warning       __X__ Dismissal

**Date of Previous Action(s):** N/A

**Documentation:**

Confidential, proprietary and sensitive business information is among MBNA's most significant assets and is critically important to the company's continued success. MBNA people are expected to conduct their business and outside activities in a manner that avoids actual or perceived conflicts of interests of MBNA or its Customers.

Conflicts of business arise when outside activities influence, or may be perceived to influence, a person's decisions or judgment in their work at MBNA. In general, any activity, association, or relationship that creates an actual or perceived risk that confidential MBNA information may be compromised should be avoided.

Because Nancy may have a conflict of interest, due to the recent investigation of a member of her household, she is being dismissed in the best interest of MBNA.

_Letter Sent · No Signature_ _____
**Signature**                    **Date**

_Kathee Catanzaute_        12/21/99
**Personnel**                   **Date**

_[signature]_                  12-21-99
**(Director)**                  **Date**

D152



MBNA Hallmark Information Services, Inc

Wilmington, Delaware 19884

(302) 453-9930

February 10, 2000

Justus D. Eapen
106 Wakefield Drive
BelAir, MD  21014

Dear Justus:

Congratulations and welcome to MBNA!  This letter provides information about our employment offer and about your first two days at MBNA.

The following information confirms the terms of our employment offer:*

| | |
|---|---|
| Position: | Senior PC Specialist |
| Manager: | Janet Purnell |
| Department: | Desktop Computing |
| Start Date: | To Be Determined |
| Base Salary: | $58,000.00* |
| Vacation: | Eligible in 2000, 2 weeks after 6 months of service |
| Discretionary Bonus: | Eligible in 2000, up to 15% (may be pro-rated), based on individual contribution and company performance, at the Board's discretion |

On your first day you will report at 7:45 a.m. to MBNA's Corporate Headquarters, Bracebridge III, located at 11th and French Streets, Wilmington, DE.  Parking is available in the Bracebridge III parking garage located on Walnut Street.  Upon entering the garage, you will need to provide the guard with your name and you will be directed where to park.  When entering the building, you will be greeted in the lobby and escorted to the first floor where New People Orientation will be held.  If you need further assistance or directions please call 302-432-0100.

Orientation will begin promptly at 8:00 a.m. in our Bracebridge III, Wilmington office.

New People orientation will consist of a series of short presentations, giving you all of the information you will need to get acclimated.  A senior manager will give an overview of the history of MBNA and review the company's organizational chart. You will also hear about our idea program, the MasterPiece Program, which allows the people of MBNA to submit and be rewarded for their ideas to improve Customer satisfaction.  A senior employment manager will review MBNA's personnel policies and benefit program.  You will also receive a tour of the facilities. Lunch will be provided, and a representative from your new department will join you.

**D4**

You will need to bring a few things with you on your first day.  To comply with the Immigration Reform and Control Act of 1986 (IRCA), you must bring documents which establish your identity and eligibility to work in the country, *for example, your driver's license and either your Social Security card or birth certificate.*  If you do not bring in identity and eligibility documents or a receipt for application of these documents on your first day, you must provide them within three business days to remain employed with MBNA. *In addition, you will also need to provide the makes and tag numbers of any cars that you will be driving so that we can issue you parking stickers.*

On your second day at MBNA, please report to:

| | |
|---|---|
| Location: | Christiana Center II |
| Time: | 8:00 a.m. |
| Contact: | Mary Collins |

If you have any questions, please call me at (800) 637-2070.  Again, welcome to MBNA.

Don DeGraff
Assistant Vice President

*All offers are contingent upon a successful drug screening and reference check.  Salaries are quoted for convenience purposes only and do not imply that employment is guaranteed for any specific period of time.*

D5

**A3**

## PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY BEFORE SIGNING.

*Please review your application to ensure that you have answered every question accurately.*

1. Conditional Offers: All offers are contingent upon successful drug screening, reference and other background checks, and proof of authorization to legally work in the United States.

2. References: I authorize MBNA to verify the accuracy of all representations on this application and to contact any employer, person, or organization relevant to my application. In addition, by signing below, I authorize these employers, people, and organizations to provide MBNA with any information relevant to MBNA's employment decision.

3. Drug Test: I understand that all offers of employment by MBNA are conditional upon the results of a drug test arranged and paid for by MBNA. I further understand that if the test result is positive, if I fail or refuse to provide a specimen for analysis at the time requested, or if the specimen shows any signs of adulteration or substitution, the offer will be revoked, and I will not be eligible for further employment consideration.

4. Security Data: I understand that all new hires at MBNA are fingerprinted and that their legal history, as recorded by the Federal Bureau of Investigation or other sources, will be reviewed for continued employment eligibility under the Federal Deposit Insurance Act and MBNA policy.

5. Bond: I understand that MBNA, at its expense, is required to arrange for a surety bond for each of its people and that any offer of employment is conditional upon MBNA's ability to secure such a bond.

6. Application: I understand that nothing contained in this application, or the granting of an interview, is intended to create an employment contract between me and MBNA. No promises regarding employment have been made to me, and I understand that no such promises are binding upon MBNA unless made in writing.

7. Accuracy of Information: I understand and agree that (a) the information I have provided is accurate to the best of my knowledge and subject to verification by MBNA and (b) a material misrepresentation or deliberate omission of fact may be justification for refusal of employment or, if employed by MBNA, dismissal.

8. Conflict of Interest: MBNA policy restricts activities and relationships that create an actual or perceived conflict of interest with MBNA's business. Such conflicts may affect a person's employment or continued employment at MBNA. Failure to report potential conflicts may result in an offer not being made, an offer being rescinded, or corrective action, up to and including dismissal.

*Justus D. Eapen*
_____
Please Print Name

*[signature]*
_____
Signature of Candidate

*[signature]*
_____
Signature of Personal Representative

*02 - 18 - 00*
_____
Today's Date

*2/15/2000*
_____
Today's Date

**D10**

**A4**

## MBNA America
## Information Security Guidelines

Your position with MBNA may give you access to information regarded by MBNA as confidential. Defined broadly, confidential or proprietary corporate information is any information that gives MBNA an advantage over its competitors. MBNA views this information as a corporate asset and, as with any asset, misuse may damage the company. The following guidelines, along with MBNA's Personnel Policies and the Guide to Employment and Benefits, outline your responsibility for the protection of confidential corporate information. If you have any question at all relating to the confidential or proprietary nature of information at MBNA, you should assume that it is confidential and proprietary unless advised otherwise by your manager. Any questions relating to these guidelines or confidential and proprietary information should be directed to your manager. Please read these guidelines carefully.

- MBNA's computer, electronic, and telephone systems and all communications and information stored, transmitted, received, or contained in these systems are MBNA property and are to be used solely for job-related purposes. To ensure proper use of MBNA's communications systems, the company may monitor their use from time to time. Misuse of these systems may result in disciplinary action, up to and including dismissal.

- User IDs and passwords are used to establish accountability for activity performed on MBNA computer systems, and all actions performed are the full responsibility of the person who has been assigned that user ID. People are not to share their personal user ID or password or use their user ID or password to log in to MBNA computer systems for another person. Passwords must remain confidential and should not include information that can be easily guessed.

- All people must log off of MBNA computer systems when leaving the work area for an extended period of time (e.g., at the end of a business day). A password-locked screen-saver must be invoked when leaving the work area in all other instances.

- People are prohibited from processing or approving any transaction to their own personal or business card account or the accounts of friends or relatives.

- Corporate information is to be used for the performance of company business and must remain confidential. This information should be provided on a "need-to-know" basis and stored in a secured location when not in use.

- In the absence of a written contract stating otherwise, all software developed on MBNA computer systems is the property of MBNA America and/or its subsidiaries.

- Copying of licensed software for unauthorized purposes is prohibited. People are prohibited from operating any personally owned PC hardware or software on company premises.

- Managers must notify Information Security in advance of any departmental transfer or change in access requirements. Appropriate access request forms must be approved and submitted to Information Security to facilitate any change in access.

You are required to notify Information Security immediately if unauthorized use of user IDs or passwords is detected. Information Security should also be contacted if unauthorized access to our corporate systems or noncompliance with the above requirements is suspected.

I have read the above Information Security Guidelines and acknowledge that MBNA expects me to adhere to them. I understand that failure to comply with these guidelines may result in disciplinary action, up to and including immediate dismissal, and that MBNA reserves the right to take legal action to remedy any damage that may result from noncompliance with these guidelines.

Name (print): *JUSTUS D. EAPEN*          SSN: 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

Department: *DESKTOP COMPUTING*          Maiden Name: _____
                                                     (if changed while at MBNA)

Signature: _____          Date: 02-28-00

0000000485

the contents, should be referred to MBNA's Corporate Communications department. Confidential business information should not be discussed outside, or even within, the company except as needed in connection with company business. Questions regarding the handling of confidential information should be addressed to your manager or the Ethics Office.

### Conflict of Interest

MBNA people are expected to conduct their business and outside activities in a manner that avoids *actual or perceived conflicts* with the interests of MBNA or its Customers. Conflicts of interest arise when personal business and outside activities influence, or may be perceived to influence, a person's decisions or judgment in his or her work at MBNA. Potential conflicts are most likely to arise in dealings with Customers, vendors, and other third parties in outside activities, and in situations involving non-MBNA employment. Some examples of situations where a conflict of interest may occur or be perceived include the following:

- Participating in business ventures with Customers or vendors.

- Soliciting or accepting gifts, favors, or anything of value from Customers or vendors. (The policy allows acceptance of gifts up to a value of $100 for commonly recognized events, such as birthdays, holidays, promotions, weddings, etc.)

- Performing duties similar to your MBNA duties for another organization of similar interest.

- Holding an outside job or engaging in outside business that conflicts with your work performance or duties at MBNA.

In general, any activity, association, or relationship that creates an actual or perceived risk that confidential MBNA information may be compromised, such as the following, should be avoided:

- Being employed by or providing services to another credit card issuer.

3

D2070

**A6**

- Being employed as a broker, dealer, or agent in the field of insurance, securities transactions, corporate and consumer finance transactions, home equity/second mortgage transactions, or any other field in which MBNA conducts business.

- Engaging in any employment or activity that involves giving advice or exercising judgment based on information acquired primarily from employment at MBNA.

- Engaging in any outside employment or activity that implies the company's sponsorship or support.

Also, it may appear to be a conflict of interest if you share a home (or have some other close personal or business relationship) with an individual who is employed by or provides core services to a competitor of MBNA in its major business lines, including credit cards, insurance, or consumer finance. ("Competitor" is defined as any of the commonly recognized top-20 companies in any of MBNA's major business lines.)

You are obligated to report situations that could constitute or appear to constitute conflicts of interest to your manager or the Ethics Office. MBNA people involved in conflicts of interest could face immediate dismissal and possible criminal prosecution.

### Insider Trading

MBNA people frequently have access to critical business information before it is disclosed to the public. This information could affect the price of MBNA stock or investors' decisions to buy, sell, or hold stock. Using information about the company or its Customers for personal gain through buying or selling securities, or disclosing the information to others (including family members and others living in the same household), constitutes "insider trading." Insider trading will result in immediate dismissal and possibly criminal prosecution.

As a general rule, to avoid suspicion of insider trading, MBNA people should not engage in trading from the time they become aware of inside information until the third business day following public release of the information.

4

**A7**

D2071

**MBNA** AMERICA®

(m

**PERSONNEL CHANGE NOTICE**

| CURRENT PAYROLL EFFECTIVE DATE (ED) |
| MM / DD / YYYY |

| Manager ID# (M) | Manager Name (Please Print) |

| PEOPLE ID# (PI) | NAME (Last, First, MI) | HIRE DATE | CURRENT SITE (see reverse) | CURRENT COST CTP |
| 79694 | Eapen Justus D | 02/28/00 | Christiana | 5753 |

---

**DEPARTMENT CHANGE (DC)** — **(DEC/DDC)**

| | Cost Center Number | Building Name (see reverse) | Actual Dept Date (MM/DD/YY) |
| OLD | | | |
| NEW | | | / / |

**HIRE DATE ADJUSTMENT (MM/DD/YYYY)**

| | Original | Rehire | Adjusted |
| OLD | / / | / / | / / |
| NEW | / / | / / | / / |

---

**LEAVE OF ABSENCE (LOA)**

| Action Reason Code (see reverse) | Date Leave Begins |
| Action    Reason | MM    DD    YYYY |
| ___ ___ | / / |

**RETURN FROM LOA** — **(RFL/RFL)**

| Actual Return Date |
| MM    DD    YYYY |
| / / |

---

**JOB CHANGE (with no corresponding salary change) (JCNS)** — **(AR)**

| | Action/Reason Code (see reverse) | Job Code | Job Title | Grade | Actual Job Date (MM/DD/YY) |
| OLD | | | | | |
| NEW | Action    Reason | | | | / / |

---

**STATUS CHANGE (SC)** — **(DTA/STC)**

| | |
| OLD | __ Full  __ Part  __ Prime  __ Temp |
| NEW | __ Full  __ Part  __ Prime  __ Temp |

**# OF STANDARD HOURS (weekly) (SH)**

**WORK SCHEDULE** — **(DTA/STH)**

**SHIFT DIFFERENTIAL (SD)**

| | |
| OLD | - O - |
| NEW | 15% |

---

**SALARY CHANGE (CS)** — **(SI)** — **(AR)**

| Action/Reason Code (see reverse) | % INCREASE |
| Action    Reason | |
| OLD | |
| INC1 | |
| INC2 | |
| INC3 | |
| NEW | |

**JOB CHANGE (with a corresponding salary change) (JCS)**

| | Job Code | Job Title | Grade | Actual Job Date (MM/DD/YY) |
| OLD | | | | |
| NEW | | | | / / |

**OFFICER TITLE CHANGE (OT) (with a corresponding salary change) (see reverse)**

| | Officer Code | Title |
| OLD | | |
| NEW | | |

**COMP USE ONLY-INDICATOR**

---

**PERFORMANCE RATING (PR)**

Review Date (date review was administered): ___/___/___     Review Type: ___ Merit     ___ Non-Merit

Rating Scale: ___ Non Exempt - NX     ___ Year End Exempt/Officer Merit - YEM

Review Score: ___ ___ ___

Rating Category:  ___ 1-Unsat (1.00 - 1.69)   ___ 2-Sat (1.70 - 2.49)   ___ 3-Good (2.50 - 2.99)   ___ 4-Exc (3.00 - 3.59)   ___ 5-Superior (3.60 - 4.00)

---

**RETROACTIVE INCREASE: (If salary change for retro is not indicated above, attach a copy of original PCN) (RI)**

Retro Effective Date (when increase should have happened): ___ MM DD YYYY

Number of Pay Periods: ___
Do not include current pay period

| Regular Hours Worked | X | Difference in Pay (Hourly) *Annualized amount divided by 2080 | = | Regular $ Amount (A) (1R) |
| Overtime Hours Worked | X | Difference in Pay at 1 5 Times Pay | = | Overtime $ Amount (B) (5R) |
| Shift Differential (if applicable) | X | Subtotal $ (A) + (B) | = | Shift $ Amount |

OCT 16 2001  7 /001  PM 3:58  RECEIVED

**D45**

---

COMMENTS: _Add night shift differential  10/06/00_

| FIRST LEVEL MANAGER SIGNATURE | ID NUMBER | MAILSTOP | PRINT NAME | DATE | PHONE NUMBER |
| _J.T. Dell_ | 81819 | 2435 | James T Dell | 10/15/01 | 74538 |
| SECOND LEVEL MANAGER SIGNATURE | 2435 | Beliverie Ross | 10/15/01 | 74433 |

| DIV HEAD OR ABOVE SIGNATURE (if applicable) | PRINT NAME | DATE | PERSONNEL/COMPENSATION SIGNATURE | DATE | PHONE NUMBER |

(MS)
Item# 140-12-201 (7/00)

FRM-05-00-0139

**PLEASE RETAIN PINK COPY AND SUBMIT OTHERS TO PERSONNEL**

A8

MAR-07-2002 THU 01:51 PM CCIV PERSONNEL MBNA    FAX NO. 302 457 4088    P. 19



# CORRECTIVE ACTION REPORT

| Date: | 11/16/01 | Id Number: | 68572 | Name: | | Richard A. Wresneski |
|---|---|---|---|---|---|---|
| Status/Grade: | FT/406 | DOH: | 3/29/99 | Job Title: | | Systems Engineer |
| Cost Center: | 5753 | Department: | Desktop Computing | Manager Name/ID: | | Bellverie Ross/ |

**Corrective Action Status:**
_____ First Warning   __X__ Final Warning   _____, Dismissal
Date of Previous Action(s):

**Documentation:**
Richard is being placed on Final Warning for misconduct according to Personnel Policy 601. More specifically, he downloaded unauthorized software containing non-business and sexually explicit related MP3 sound waves to an MBNA computer, placed them on an MBNA shared drive, and forwarded them to other MBNA computers without authorization in violation of MBNA Policies and Information Security Guidelines.

On 11/6/01, Personnel was contacted by Information Security and advised that a routine systems audit had revealed that a shared drive had been identified on the "C" drive that provided access to a computer identified as "Bigdaddy" which contained inappropriate, sexually explicit, and unauthorized files. An investigation into the matter disclosed that the machine identified as "Bigdaddy" was assigned to Bill Kennedy of Desktop Computing. It was also determined that the files known as MP3 sound waves were sent to Bigdaddy by Richard Wresneski through an open share drive that is to be used to move MBNA business related files.

On 11/13/01, Personnel met with Richard Wresneski concerning this matter. Richard said that he made personal CDs containing MP3s on his personal computer at home and brought them to work where he downloaded them onto the shared drive. Richard said that he sent them to Bill Kennedy's machine, which is named "Bigdaddy", upon Bill's request. Richard said he knew that he was not supposed to make CDs at home, bring them in to work, and send the contents of the CDs out over the MBNA system.

As a result of his misconduct, Richard is being placed on Final Warning. Richard has been reeducated on MBNA Policy 601, and MBNA Information Security Guidelines.

This Final Warning will remain active for two years. Any further incidents of misconduct or below standard performance during this timeframe may result in dismissal. In addition, Richard is not eligible to job post for six months.

**Individual's Comments Regarding Corrective Action:**

| | | | |
|---|---|---|---|
| _Signature_ | _Date_ 1-8-02 | _Personnel_ | _Date_ 1/8/02 |
| | | _DM or_ _Director (final/dismissal)_ | _Date_ 12/18/01 |

Revised: 9/01

D539



# CORRECTIVE ACTION REPORT

| Date: | 11/20/01 | Id Number: | 01111 | Name: | | William Kennedy |
|---|---|---|---|---|---|---|
| Status/Grade: | FT/406 | DOH: | 11/28/88 | Job Title: | | Sr. LAN Administrator |
| Cost Center: | 5753 | Department: | Desktop Computing Services | Manager Name/ID: | | Bellverie Ross/77812 |

**Corrective Action Status:**
_____ First Warning   __X__ Final Warning   _____ Dismissal
**Date of Previous Action(s):**

**Documentation:**
William is being placed on Final Warning for misconduct according to Personnel Policy 601. More specifically, he maintained unauthorized, inappropriate, and sexually explicit non-business related MP3 sound waves on an MBNA shared drive.

On 11/6/01, Personnel was contacted by Information Security and advised that a routine systems audit had revealed that a shared drive had been identified on the "C" drive that provided access to a computer identified as "Bigdaddy" which contained inappropriate, sexually explicit, and unauthorized files. An investigation into the matter disclosed that the machine identified as "Bigdaddy" was assigned to William Kennedy of Desktop Computing. It was also determined that the files known as MP3 sound waves were sent to "Bigdaddy" by a coworker of William's through an open share drive that allows access to William's computer, and is to be used to move MBNA business related files.

On 11/18/01, Personnel met with William Kennedy concerning this matter. He said that he had the shared drive opened for over a year for the purpose of moving information from his files to those of coworkers in Desktop Computing. William went on to say that the shared drive should have been closed immediately after the information had been transferred, but that he left open. He said that a coworker who has the ability to write to his "C" drive sent several MP3 sound waves to his computer which is named "Bigdaddy". William indicated that the coworker would tell him that he was mailing the waves to his computer for his enjoyment. William said he knew that he was not permitted to receive the MP3s or to store them on the shared drive.

As a result of his misconduct, William is being placed on Final Warning. William has been reeducated on MBNA Policy 601, and MBNA Information Security Guidelines.

This Final Warning will remain active for two years. Any further incidents of misconduct or below standard performance during this timeframe may result in dismissal. In addition, William is not eligible to job post for six months.

**Individual's Comments Regarding Corrective Action:**

| | | |
|---|---|---|
| _William J. Kennedy_ | _1-3-02_ | |
| Signature | Date | |
| | _Don (12-19-01)_ | _1/3/02_ |
| | Personnel | Date |
| | | _12/19/01_ |
| | DM or | Date |
| | Director (final/dismissal) | |

Revised: 9/01

D535

A10

# ARTICLES OF INCORPORATION FOR A STOCK CORPORATION

**FIRST:** The undersigned _____    JUSTUS DANIEL EAPEN

whose address is _____    106 WAKEFIELD DRIVE, BEL AIR, MARYLAND 21014

_____, being at least eighteen years of age, do(es) hereby form a corporation under the laws of the State of Maryland.

**SECOND:** The name of the corporation is _____    EAPEN CORPORATION

**THIRD:** The purposes for which the corporation is formed are as follows: _____
ENGAGE IN AND DO ANY AND ALL LAWFULL BUSINESS FOR WHICH CORPORATIONS MAY BE ORGANIZED.

**FOURTH:** The street address of the principal office of the corporation in Maryland is _____
106 WAKEFIELD DRIVE, BEL AIR, MARYLAND 21014

**FIFTH:** The name of the resident agent of the corporation in Maryland is _____
JUSTUS D. EAPEN

whose address is _____    106 WAKEFIELD DRIVE, BEL AIR, MARYLAND 21014

**SIXTH:** The corporation has authority to issue ____ 5000 ____ shares at $ ____ NO ____ par value per share.

**SEVENTH:** The number of directors of the corporation shall be _____ 1 _____ which number may be increased or decreased pursuant to the bylaws of the corporation, and so long as there are less than three (3) stockholders, the number of directors may be less than three (3) but not less than the number of stockholders, and the name(s) of the director(s) who shall act until the first meeting or until their successors are duly chosen and qualified is/are ____ JUSTUS D. EAPEN

JUSTUS D. EAPEN

IN WITNESS WHEREOF, I have signed these articles and acknowledge the same to be my act.

**SIGNATURE(S) OF INCORPORATOR(S):**

I hereby consent to my designation in this document as resident agent for this corporation.

**SIGNATURE OF RESIDENT AGENT LISTED IN FIFTH:**

**RETURN TO:**
JUSTUS D. EAPEN
106 WAKEFIELD DRIVE
BEL AIR, MARYLAND 21014

CUST ID:0008775475
WORK ORDER:0008530887
DATE:12-17-2001 01:36 PM
AMT. PAID:$40.00

2001 DEC 17 A 11:50

0000000022

A11

1999-01-01    00:00        3024350128



# CORRECTIVE ACTION REPORT

| Date: | 4/24/02 | Id Number: | 51342 | Name: | Mark |
|---|---|---|---|---|---|
| Status/Grade: | FT / 220 | DOH: | 3/21/94 | Job Title: | Loan Originator II |
| Cost Center: | 4132 | Department: | Mortgage Lending | Manager Name / ID: | Joe Nye / 56809 |

| Corrective Action Status: | | | |
|---|---|---|---|
| _____ First Warning | _____ Final Warning | __X__ Dismissal | |

Date of Previous Action(s):      Plan for Success – 3/4/02
Plan for Success – 4/6/01
Plan for Success – 9/12/00

**Documentation:**

Mark is being dismissed for misconduct according to Personnel Policy 606. More specifically, Mark has been identified as being employed with a company that is a direct conflict of interest with MBNA America.

On 4/12/02 and 4/15/02, Corporate Investigations (CID) and Personnel became aware that Mark allegedly was employed with Pike Creek Mortgage Company as a mortgage broker. Further investigation confirmed that Mark was employed at Pike Creek Mortgage Company while simultaneously working as a Loan Originator with MBNA America.

On 4/22/02, Anthony Avena and Al Scarpitti of CID and Trish Seningen of Personnel met with Mark to discuss the situation. Mark confirmed that he was employed with Pike Creek Mortgage Company. Additionally, Mark stated that he was unaware that he needed to disclose his other position to his manager or the Ethics Department.

For the reason stated above, Mark is being dismissed.

**Individual's Comments Regarding Corrective Action:**

Refused to sign
_____    _____
**Signature**                          **Date**

Trish Seningen      4/30/02
_____    _____
**Personnel**                          **Date**

                         4/30/02
_____    _____
**Director**                          **Date**

Revised 3/12/02

D153

A12

## C⌐ICER PROMOTION FACT SHEET

| Candidate's Name: | Justus D. | Eapen | 79694 |
|---|---|---|---|
| | *First, Middle Initial* | *Last* | *People ID#* |
| Date of Hire: | 02/28/00 | | |
| Business Area: | Desktop Computing | Distributed and Telecommunications Operations | Technology Sector |
| | *Department* | *Division* | *Sector* |

This Promotion is Sponsored by: Thomas G. Thomaides
*SOC Member's Name*

| | Current | Following Promotion |
|---|---|---|
| Job Code: | T2K4 | T3P9 |
| Job Title: | Sr. PC Specialist | Systems Engineer |
| Salary Grade: | 355 | 406 |
| Officer Title: | N/A | PBO |

**Compensation Position Approval\***  ☐ Yes ☐ No

*First Level signature:*    *Second level signature:*    Date:

| Promotion Guidelines<br>*(Refer to Officer Promotion Guidelines chart)* | | Guideline Met ?<br>*(Check the appropriate box.)* |
|---|---|---|
| Last two <u>annual</u> performance ratings:<br>Example<br>Date: Rating/Category:<br>12/25/99: 3.62/Superior | Date: 12/01 Rating/Category 3.30/Excellent<br>Date: 12/00 Rating/Category 3.40/Excellent | ☒ Yes ☐ No |
| Last officer-title promotion: | Date: N/A | ☒ Yes ☐ No |
| Last grade-level promotion: | Date: N/A | ☒ Yes ☐ No |
| Completion of TACS participation/Customer Listening requirement: | ☒ Yes ☐ No | ☒ Yes ☐ No |
| Most recent bounced or implemented MasterPiece (required for PBO through AVP promotions only): | Date: 10/16/01 # 420018 | ☒ Yes ☐ No |
| Management education completion:\*<br>1) Managing MBNA People Policies or MEO<br>2) Hiring the Right People or MEO<br>3) Influencing through Communication<br>4) TACS Education (if applicable) | Date: 01/05/01<br>Date: 01/05/01<br>Date: 11/28/00<br>Date: 07/21/00 | ☒ Yes ☐ No |

| Current Salary | | Salary following Promotion | | Percent Increase | Guideline Met<br>*(Check the appropriate box.)* |
|---|---|---|---|---|---|
| *Salary* | *Quartile* | *Salary* | *Quartile* | | |
| $62,478.08 | 1st | $68,725.88 | 3rd | 10% | ☒ Yes ☐ No |

**Approval**

| *(signature)* | Bellverie E. Ross | 2435 | 6/20/02 |
|---|---|---|---|
| First-Level Manager (signature)<br>(required before submission to Compensation) | *Print Name* | *Mailstop* | *Date* |
| *(signature)* | Thomas G. Thomaides | 2421 | 6/27/02 |
| SOC Member (signature)<br>(required after Compensation has approved the job grade) | *Print Name* | *Mailstop* | *Date* |
| | Douglas R. Denton | 2125 | |
| Vice Chairman (signature)<br>(required after Compensation has approved the job grade) | *Print Name* | *Mailstop* | *Date* |

D79

PREVIOUS EXPERIENCE AT MBNA (include area and responsibilities):

| From | To | Position | Area |
|---|---|---|---|
| 2/28/00 | Present | Senior PC Specialist | Desktop Computing |

PREVIOUS EXTERNAL EXPERIENCE:

| From | To | Position | Company |
|---|---|---|---|
| 4/97 | 2/00 | MBNA Contractor – Command Center | On Site Technologies |
| 3/92 | 4/97 | School Director in India | Higher Education and Applied Technologies |

RECOMMENDED NEXT ROLE AT MBNA:

___Remain in current position with same functional responsibility
___Assume new position in existing department at same level of functional responsibility
_X_Assume new position in existing department at next level of functional responsibility
___Assume new position in different department at same level of functional responsibility
___Assume new position in different department at next level of functional responsibility

CANDIDATE'S PERSONAL STRENGTHS/INTERESTS LIE IN THE FOLLOWING AREA(S):

_X_People Management
___Staff/Administrative
_X_Systems
___Sales/Marketing
___Finance/Accounting
___Other:

**Additional Comments:**
Justus is always willing to take on more responsibility. His technical strength is that he will look at the big picture of a situation vs. just the immediate tactical need.

FUTURE POTENTIAL:
(Approximate time frame and ability to move to a position of greater responsibility and/or complexity.)

Justus has the potential to move into a managerial position within the next couple of years. This position can be in the technical management area.

INTERNAL CUSTOMER ASSESSMENT:
(Outside of his or her division, who does the candidate interact with and is there support for the promotion.)

Information Security, Corporate Investigations, Internet Marketing, and Compliance.

TRANSFERABILITY:
(Potential to relocate)

Justus is open to considering all opportunities to further his development at MBNA.

D80

A14

POSITION SUMMARY: (Summarize role of the position associated with this promotion)*

**Position and Responsibilities:**

Justus Eapen is responsible for supporting the Perimeter Security Network (PSN) Email and Browse and PeopleNet within Desktop Computing. He currently works the off shift hours to assist in supporting this environment as well as to support other areas within the department including Enterprise Server Operations, Exchange, and Citrix Terminal Server Applications.

**Key Accomplishments:**

- Justus played a key and significant roll in the architectural design and implementation of PSN Phase II that added load balancing, redundancy, an end-to-end testing environment, and the Christiana location.
- Justus established Desktop Computing's 20x6 support team, by agreeing to shift to evening hours. His overall knowledge of NT and Desktop Computing's infrastructure allows him to support the environment during off shift hours with minimal supervision.
- Justus successfully supported the UAT environment for testing the recent upgrade of the MMS product from version 4.7 patch 6 to version 4.7 patch 7. Justus setup the E-mail environment within UAT to support testing by DTC, Corporate Investigations, and Information Security.
- Justus was extremely instrumental in writing and documenting the PSN environment's server build procedures and processes which are very comprehensive and allow anyone to easily be able to install, configure, and management the environment. This documentation was instrumental in Audit rating the PSN environment "Superior."
- Justus helps ensure 100% Customer satisfaction for Internet Marketing, Information Security and Corporate Investigations related to the Email/Browse service. Additionally, he works with his team to maintain 99.97% system availability for all components in the PSN environment and PeopleNet.
- Justus was instrumental in researching and identifying a tool that allows remote management of the PSN infrastructure, which resides within a secured DMZ in both Deerfield and Christiana. This tool, VNC, coupled with a secure tunneling product allows personnel in Information Security, Corporate Investigations, and Desktop Computing the ability to manage the environment more effectively and efficiently. It eliminates the need to be physically in front of the server.

**Reason for Promotion:**

Justus is being recommended for promotion based on his superior performance and dedication to MBNA and his Customers. He has always demonstrated his commitment to the department by making certain that things are done right the first time. His peers recognize him as having important knowledge on NT, Exchange, and web-based technologies. On a routine basis, Justus is called upon for his technical expertise to provide solutions. His recommendations and solutions have proven to be accurate and have provided stability to the overall infrastructure of the Desktop Computing infrastructure. With this promotion, Justus will be assuming the responsibility of team lead of the off shift support members. His responsibilities will include coordinating all work and educating the staff on what needs to get done both from an administrative and technical perspective.

*Positions that have not been graded by Compensation require a completed job description.

D81



# Year End Performance Evaluation

(to be used for all people administered under the annual bonus and merit program)

| Name and ID #: | Justus D. Eapen / 79694 | Department/Cost Center/Division: Desktop Computing/5753/DTO |
|---|---|---|
| Job Title/Grade: | Systems Engineer \ 406 | Location/Region/Country: Christiana/Delaware/USA |
| Officer Title (if applicable): | PBO | Manager Name and ID #: James T. Dell Jr. / 81819 |

| Date of Hire | Length of Time in Current Position | | Review Period | | Date of Previous Review |
|---|---|---|---|---|---|
| | Years | Months | From | Through | |
| February 28, 2000 | 2 | 8 | January 1, 2002 | December 31, 2002 | December 22, 2001 |

| Final Results / Manager's Assessment: | Weight | Results | Rating |
|---|---|---|---|
| Core Management Responsibilities | 50% | 3.41 | 1.705 |
| Precepts | 50% | 3.55 | 1.775 |
| Annual Performance Evaluation Total | 100% | | 3.48 |

**Summary Comments** (To start a new paragraph, depress the 'Alt' and 'Enter' keys.)

Justus supports the PSN services and the Corporate Intranet on a nightly basis. He performs nightly tasks that ensure the services are operational ready during normal business hours. Justus was recently promoted to Personal Banking Officer due to his contributions to the organization. One example is the effort that he has taken to ensure that all servers and the applications that make up the PSN infrastructure and the Corporate Intranet are free from defects.

**Individual Comments**

**Overall Performance Level**

○ Superior (4.00-3.60)   ◉ Excellent (3.59-3.00)   ○ Good (2.99-2.50)   ○ Satisfactory (2.49-1.70)   ○ Unsatisfactory (1.69-1.00)

| Evaluation Completed By: | James T. Dell Jr. (Print name) | (Signature) | Date: 10/16/02 |
|---|---|---|---|
| Individual's Signature: | Justus D. Eapen (Print name) | (Signature) | Date: 11-20-02 |
| Second Level Manager: | Ernesto E. Marra (Print name) | (Signature) | Date: 10/16/02 |
| Final review by Director: | James J. Micek (Print name) | (Signature) | Date: 10/16/02 |

D96



# CORE MANAGEMENT RESPONSIBILITIES

## 1. JOB KNOWLEDGE
Assessment of an individual's increase in technical and/or professional/developmental aspects of business relationships and goals. Assessment of an individual's impact on business operations as a result of skill and information provided.

| Assessment: | ☉ Superior (4.00) Consistently demonstrates in-depth technical and industry knowledge | ☉ Excellent (3.10) Actively pursues ways to increase knowledge and improve skills | ☉ Good (2.85) Frequently demonstrates high level of function and industry knowledge | ☉ Satisfactory (2.00) Demonstrates competent level of function and industry knowledge. | ☉ Unsatisfactory (1.00) Overall job knowledge is unacceptable |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** Justus's knowledge of the infrastructure that he supports enables him to support his own shift with little supervision. He ensures that all services are available and production ready for the normal business day. During his shift, his primary support consists of the Internet web browser, email and PeopleNet. With his knowledge of other areas and their applications, he performs other functions like mailbox moves, hardware upgrades and other tasks designated for nighttime responsibilities. He performs these extra tasks without question or complaints. | **Opportunities for Improvement** With the implementation of Windows 2000 and ISA server, Justus should familiarize himself with the capabilities of the new software and understand how network trafficing is administered |
|---|---|---|

## 2. ORGANIZING
Goal Setting, scheduling, budgeting of the job and/or work group for maximum effectiveness.

| Assessment: | ○ Superior (4.00) Consistently manages time to complete work ahead of schedule. | ○ Excellent (3.10) Manages time to meet deadlines and occasionally completes work ahead of schedule. | ☉ Good (2.85) Manages time/people to complete work by specified deadline | ○ Satisfactory (2.00) Manages time/people to complete some tasks by the deadline. Needs Improvement. | ○ Unsatisfactory (1.00) Organization skills are unacceptable |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** Justus performs his duties well and without issue. He completes all nightly tasks on time and on schedule. Tasks are scheduled during the day shift for the night shift to carry out. Justus follows these schedules and meets deadlines. | **Opportunities for Improvement** As an Officer, there are certain expectations of Justus to become a leader and role model for those individuals that are aspiring to be promoted to Officer. He needs to take more of an initiative in setting goals for himself and the team. |
|---|---|---|

## 3. PROBLEM SOLVING/DECISION MAKING
Seeking out relevant information, determining the source and detection of problems, identifying options and strategies to address issues and implementing solutions; includes the ability to exercise judgment and decision making based on thinking things through and to render and accept responsibility for decisions.

| Assessment: | ○ Superior (4.00) Consistently seeks out opportunities for improvement, not waiting for problems to occur. | ☉ Excellent (3.10) Proactively addresses problems that arise; identifies alternatives and makes recommendations. | ○ Good (2.85) Upon guidance from manager takes part in implementing solutions. | ○ Satisfactory (2.00) Attempts to resolve problems as identified by manager and rarely makes decisions independently. | ○ Unsatisfactory (1.00) Overall problem solving and decision making skills are unacceptable |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** When issues are reported about the environment he supports, Justus researches the problem to resolution or involves senior members of the staff to determine the resolution. He utilizes all reference materials and helps to define and resolve issues reported. | **Opportunities for Improvement** Justus will need to become familiar with the new software introduced to the PSN to be able to identify and correct issues that may arise within the environment during his shift. |
|---|---|---|

## 4. ADMINISTRATION AND CONTROL
Accurate and consistent application of company and department policies and procedures to ensure equitable treatment of people and customers while maintaining expense levels.

| Assessment: | ☉ Superior (4.00) Consistently performs all administrative duties with high quality and accuracy | ○ Excellent (3.10) Frequently performs all administrative duties with quality and accuracy | ○ Good (2.85) Performs all administrative duties with adequate quality and accuracy | ○ Satisfactory (2.00) Performs most administrative duties with adequate quality and accuracy; requires guidance. | ○ Unsatisfactory (1.00) Does not perform administrative duties with adequate quality and accuracy |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** Justus follows all departmental and company-wide policies. Justus assisted in the creation of the new build procedures for the ongoing 2000 migration within the PSN environment. He complies with all Change Management policies and procedures ensuring all changes to the production environment are documented. | **Opportunities for Improvement** With Justus being promoted to officer, he should begin to attend education classes related to managing MBNA policies and other required education courses. |
|---|---|---|

## 5. PLANNING AND IMPLEMENTATION
Anticipating and analyzing issues affecting the business unit, defining long-term and short-term strategies to achieve business and individual performance goals. Following through to ensure that strategies are obtained.

| Assessment: | ○ Superior (4.00) Consistently anticipates, rapidly responds, brings people together to resolve issues Defines and takes action to achieve short-term and long-term goals. | ☉ Excellent (3.10) Frequently identifies issues affecting business unit and prepares analysis. Defines and takes action to achieve short-term and long-term goals. | ○ Good (2.85) Completes appropriate analysis on issues that arise; prepares outline of strategies | ○ Satisfactory (2.00) Performs analysis on issues and develops objectives with guidance. | ○ Unsatisfactory (1.00) Unable to perform analysis and develop strategic objectives |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** Periodically, Justus is requested to perform tasks that affect other business units. He completes these without issues and reports the status to the owning group. An example of this would be mailbox moves for the Exchange team at night to eliminate impacting the individuals whose mailboxes were moved. | **Opportunities for Improvement** Justus needs to be more involved in defining the long and short-term strategies for the PSN/MB team. I would like to see him begin to improve the Operations procedures and processes and help identify where controls that need to be administered. |
|---|---|---|

| Overall Assessment | 1 | 2 | 3 | 4 | 5 | Number of Factors Assessed | Overall Results |
|---|---|---|---|---|---|---|---|
| | 4.00 | 2.85 | 3.10 | 4.00 | 3.10 | 5 | 3.41 |

Name: _Justus D. Essen / 72894_

# A17

D97



## PRECEPTS

### 1. MANAGING PEOPLE/PERFORMANCE
Recruiting and hiring of the best qualified people to open positions. Coaching and counseling job performance and delegating responsibilities through ongoing people/manager communications. Identifying development goals and providing education and other resources to meet goals.

| Assessment: | ○ Superior (4.00) Consistently enables and motivates people to find innovative and effective new methods to achieve goals. | ○ Excellent (3.10) Motivates people to exceed job requirements. Works with people on developmental needs. | ○ Good (2.85) Gets the basic job done; occasionally works with people on development | ○ Satisfactory (2.00) Gets the basic job done; however, needs to work on development | ○ Unsatisfactory (1.00) Manages people in a manner which is unacceptable. |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** | | **Opportunities for Improvement** | |
|---|---|---|---|---|
| | N/A | | N/A | |

### 2. CUSTOMER/CLIENT RELATIONS
Anticipating and responding to Customer/Client/User needs and handling problems to promote internal and external Customer Satisfaction. Achieved through interpersonal effectiveness with all levels of people, including providing and obtaining required information, resolving conflicts, and working as a team member.

| Assessment: | ○ Superior (4.00) Consistently works with Customers to identify needs and proactively recommend appropriate solutions. | ○ Excellent (3.10) Delivers on commitment to Customers. | ○ Good (2.85) Delivers on commitment to Customers with some guidance | ○ Satisfactory (2.00) Partially meets the expectations of the Customer/client. | ○ Unsatisfactory (1.00) Customer and client relations skills are unacceptable |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** | | **Opportunities for Improvement** | |
|---|---|---|---|---|
| | Justus maintains an outstanding working relationship with other groups outside of the PSN/EMB team. The relationship that he has created with other groups has proven to be an asset for maintaining constant communication across departments, especially during the night shift support. His friendly attitude ensures that if help is needed from other departments that the teams will pull together to resolve issues in a timely manner. | | Justus needs to take more of an initiative to building a team environment. He needs to ensure that all issues are reported to management in a timely manner and to improve communications when changes have been completed on schedule. | |

### 3. LEADERSHIP
Self-starting, proactive approach to responsibilities. The ability to develop working relationships with all people. The ability to clearly define and communicate the department mission, enthusiastically educate and motivate the work group to exceed individual and unit performance standards.

| Assessment: | ○ Superior (4.00) Consistently projects self confidence, commitment, and enthusiasm about goals. | ○ Excellent (3.10) Actively meets all assigned responsibilities through routine and imaginative approaches. | ○ Good (2.85) Demonstrates interest in goals and challenges; requires some encouragement | ○ Satisfactory (2.00) Needs to improve the ability to clearly define and communicate the department mission. | ○ Unsatisfactory (1.00) Does not take a self starting proactive approach to responsibilities |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** | | **Opportunities for Improvement** | |
|---|---|---|---|---|
| | Justus maintains a "get it done attitude". This is especially helpful when we find ourselves in a crunch for time and need to move forward quickly to meet a project deadline. Justus assists team members to ensure that all servers meet or exceed compliance requirements. This is especially important in the PSN environment. | | As an Officer, Justus needs to take on a more "ownership" role for developing standards and operational goals to be met. | |

### 4. COMMUNICATION
Clear and concise written and verbal abilities for expressing ideas and objectives to people within and between departments.

| Assessment: | ○ Superior (4.00) Communication is highly effective and consistently achieves desired results. | ○ Excellent (3.10) Communication is effective and usually achieves desired results | ○ Good (2.85) Communication is sufficient with minimal clarification | ○ Satisfactory (2.00) Communication achieves results only through guidance and direction. | ○ Unsatisfactory (1.00) Unable to effectively communicate; performance is unacceptable |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** | | **Opportunities for Improvement** | |
|---|---|---|---|---|
| | Justus effectively expresses himself during one-on-ones and in a group setting. In addition, Justus' written communication is generally well written. One example is an email that Justus wrote to me and copied the team which consisted of information that was well thought out and structured. | | Justus needs to understand promoting a team effort. When a need is identified then he needs to move forward on filing it ("FIND A NEED; FILL A NEED"). Justus should continue to focus on his delivery and professionalism when writing emails to ensure positive results. | |

### 5. INNOVATION
Creating unique approaches that break new ground with products or services and presenting innovative strategies for existing procedures and policies.

| Assessment: | ○ Superior (4.00) Consistently contributes and implements creative business solutions with significant impact. | ○ Excellent (3.10) Frequently contributes and implements new ideas that have impact | ○ Good (2.85) Occasionally contributes new ideas and solutions with some impact. | ○ Satisfactory (2.00) Only develops innovative approaches through guidance and direction. | ○ Unsatisfactory (1.00) Does not develop innovative approaches that have impact. |
|---|---|---|---|---|---|

| Cite Examples: | **Strengths** | | **Opportunities for Improvement** | |
|---|---|---|---|---|
| | Justus works closely with the Engineering group to identify new ideas for new server builds. He is called upon to test new builds and then to document his findings to Engineering. In addition, Justus is a regular participant during MasterPiece brainstorming sessions. | | Justus needs to initiate more ideas related to the work environment and help improve upon those areas within that team that he has identified as needing work. | |

| Overall Assessment | 1 | 2 4.00 | 3 4.00 | 4 3.10 | 5 3.10 | Number of Factors Assessed 4 | Overall Results 3.55 |
|---|---|---|---|---|---|---|---|

Name: Justus D. Espen / 79494



## YEAR END GOAL ASSESSMENT

| | |
|---|---|
| Name and ID#: Justus D. Eapen / 79694 | Department/Cost Center/Division: Desktop Computing/5753/DTO |
| Job Title/Grade: Systems Engineer \ 406 | Location/Region/Country: Christiana/Delaware/USA |
| Officer Title (if applicable): PBO | Manager Name and ID #: James T. Dell Jr. / 81819 |
| Year: 2002 | Review Period: ○ Mid-Year    ⊙ Year-End |

### Goals

*Note: If you need more than 3 lines of space, please attach additional comments on a separate sheet.*    Detailed Goals Attached

| Job Goal 1 | 20% | Have a positive impact on people development and the work environment by promoting diversity and inclusion, consistency of feedback, recognition, education, and people-related initiatives. |
|---|---|---|
| Job Goal 2 | 20% | Revenue Generation - Contribute to corporate revenue and loss goals by implementing all strategic initiatives and projects on time, within budget and with required functionality |
| Job Goal 3 | 10% | Expense Management - Manage expenses to budgeted levels. Identify and implement opportunities to achieve incremental expense savings. |
| Job Goal 4 | 20% | Customer Satisfaction - Meet or exceed baseline production performance standards  Provide support, information, and recommendations to Customers as requested and on a proactive basis |
| Job Goal 5 | 20% | Identify and implement innovation/efficiencies to improve Customer satisfaction and divisional performance |
| Job Goal 6 | 10% | Ensure the division operates with appropriate control and in compliance. receiving an "excellent" or better rating on all company audits. |
| | 100% | |

### Results and Assessment    Detailed Results Attached (Optional)

| | | Exceeded | Achieved | Not Achieved |
|---|---|---|---|---|
| 1. | Justus has a positive impact on the people around him  He works hard to create an environment that is great to work in, both in and outside of Desktop Computing  He works with DTC team members to ensure there is consistency throughout the PSN and other environments  Although he works during the evening shifts, he communicates with his peers during the day to make sure that he is well aware of what is going on. | ○ | ⊙ | ○ |
| 2. | In relation to strategic initiatives and projects, Justus successfully completed the PSN project of implementing a secure remote access administration tool which allowed MMS administrators in Information Security. Desktop Computing, and Corporate Investigation the ability to manage the application remotely.  The project required Justus to implement a solution in a multi-server/multi-site environment in both UAT and production. | ⊙ | ○ | ○ |
| 3. | Justus ensures that all timelines are met for each project task he is assigned  He completes all tasks ahead of schedule ensuring that his Customers are production ready when scheduled. Justus' knowledge in other areas of technology. such as Exchange and basic NT has also allowed Desktop Computing and other staff leveraging  Work that is unable to be completed during regular hours can easily be shifted to Justus in the evenings with minimal | ○ | ⊙ | ○ |
| 4. | For Justus, his Customers are his peers and the businesses that he supports. He has a "can do" attitude and seeks to find a resolution for the task at hand  He wants to get the job done  An example of this is his help with the Exchange Team and the management of their server environment. In March. when the Exchange Team needed to alleviate a production matter, Justus stepped in and worked through his shift relocating mailboxes to other servers in order to eliminate a potential production problem with the server where the mailboxes were located. Justus knows how important email is to MBNA and the people who use it and keeping them up and working is his main goal. | ⊙ | ○ | ○ |
| 5. | Justus provides important information to the team that allows DTC to be more effective at managing the server environments for the PSN  The feedback he has provided on tasks that have been assigned to him for the evening shift have allowed DTC to mature their processes  This was evident in the server self-audits that Justus performed and the identification of issues with the checklist. | ○ | ⊙ | ○ |
| 6. | Justus played a key role in the control and compliance area for the PSN environment  His work on the PSN documentation was a critical component to the environment receiving a Superior rating  Justus documented the environment so that anyone could build, configure, and manage it effectively. Justus performed server self-audits that have helped to identify issues and allow the audit process to mature in how they are completed  Justus developed the appropriate server build checklist for servers within the PSN environment. | ⊙ | ○ | ○ |
| | | ○ | ○ | ○ |

### Management Factors

| Core Management Responsibilities | Superior | Excellent | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| Job Knowledge | ⊙ | ○ | ○ | ○ | ○ |
| Organizing | ○ | ⊙ | ○ | ○ | ○ |
| Problem Solving/Decision Making | ○ | ⊙ | ○ | ○ | ○ |
| Administration & Control | ⊙ | ○ | ○ | ○ | ○ |
| Planning & Implementation | ○ | ⊙ | ○ | ○ | ○ |

### People Management Responsibilities

| | Superior | Excellent | Good | Satisfactory | Unsatisfactory |
|---|---|---|---|---|---|
| Managing People Performance | ○ | ○ | ○ | ○ | ○ |
| Customer/Client Relations | ○ | ⊙ | ○ | ○ | ○ |
| Leadership | ⊙ | ○ | ○ | ○ | ○ |
| Communication | ○ | ⊙ | ○ | ○ | ○ |
| Innovation | ○ | ⊙ | ○ | ○ | ○ |

| Overall Performance Level | | | | | |
|---|---|---|---|---|---|

D99

A19

Overall Performance Level

| Check One: | ○ Exceeded | ⊙ Achieved | ○ Not Achieved |

Evaluation Completed By:    James T. Dell Jr.
(Print Name)        (Signature)      Date 10/11/02

Individual's Signature:    Justus D. Eapen
(Print Name)        (Signature)      Date 11-20-02

Second Level Manager:    Ernesto E. Marra
(Print Name)        (Signature)      Date 10/16/02

Final Review by Director:    James J. Micek
(Print Name)        (Signature)      Date 10/16/02

D100

**A20**



# GOAL ASSESSMENT COMMENT FORM *(Optional)*

Name: Justus D. Eapen _____    Review Period: __1/1/2002__ to __12/31/2002__

Manager: James T. Dell Jr. _____

**MANAGER'S COMMENTS** *(to start a new paragraph, depress the Alt and Enter keys.)*

Justus works well as an individual supporting his shift at night. I would like see him become more involved in helping to correct the areas that he has so often identified and remarked on. He maintains a "can get it done" attitude with all work assignments. I am expecting Justus to begin to identify areas for improvement, and set goals and strategies to obtain those goals for both himself and the PSN team.

**INDIVIDUAL'S COMMENTS**

D101

A21

D296

12/17/2002



E·A·P·E·N

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

## FREE FOR SALE BY OWNER
### Home Seller's Program

Looking to BUY, SELL or FINANCE Real Estate?, Selling your home without a realtor? This FSBO Kit is the complete solution Should you plan to use the services of a Realtor, our cash back BONUS program is unsurpassed. Searching for an outstanding agent? **Our realtor rating system is where you will find the best of the breed.** Need to make sure the financing goes smoothly and the financing is in place and on time? Our experts can provide you with a host of services including Mortgage Financing without ever charging a questionable fee or other unethical nonsense.

Discover the sterling difference and substantial savings that can be realized when working with a team committed to doing the right thing! We trust that you will provide us an opportunity to prove it.

FSBO (For Sale By Owner) - FREE KIT. Attract Buyers like a Magnet! In addition to free listing on this site, your free kit includes professional quality Yard Sign, Directional Signs, 24 Hour Toll Free Talking Ads and much much more...

Rebel Real Estate Agent and Mortgage Banker reveals the quick and easy secrets of selling your home FSBO without an agent and saving piles of cash by doing it yourself.

### Calculators

Mortgage Loan Limits
Loan Comparisons
Rent-Vs-Buy
APR Calculator
Sell or a Point Calculator
Should You Refinance
Bi-Weekly Calculator
Future Value Spread
APR Compared Cash Flow
Buyer's Cash Rate
Refinance Loan Spread
Simple Loan Amortization

**RATE ALERT!** Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.

ZERO Down

Apply for a Mortgage

### Mortgage News:

Freddie Mac lightens certain refinancing rules, Sec...
Reuters Tue Dec 17 02:12:00 EST 2002
Morgan Stanley Upgrades Countrywide on Growing Mortgage Portfolio...
Lendingindustrypros.com Tue Dec 17 00:28:00 EST 2002
Fannie Mae to sell $6 bln in two-part note offer...
Reuters Mon Dec 16 13:12:00 EST 2002
Focus Group Files at Fannie Mae...
Adweek Online Mon Dec 16 00:34:00 EST 2002
Got Cash? Forget About Mortgage...
Los Angeles Times ng Sun Dec 15 03:42:00 EST 2002
Bank branches still give says mortgage newcomer...
The New Zealand Herald Sun Dec 15 02:01:00 EST 2002
Home buying resolutions to stay: lawsuit...
NDTV Sat Dec 14 17:33:00 EST 2002
Fannie Mae hires former Treasury spokeswoman...

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A22

http://www.eapen.net/

The Real Estate Market Place

**Eapen Corporation's BONUS Program Pays You Back When Using a Realtor! You can get cash back when you buy or sell real estate through this program -- and it's easy!**

**Why some people almost always get the lowest interest rate on their mortgage...and never pay too much in points or "junk fees". Buying or Refinancing? Don't even talk to a Loan Officer until you read this...**

Reuters  Sat Dec 14 06:22:00 EST 2002
Abbey ends mortgage-servicing venture in UK.
Reuters  Sat Dec 14 03:46:00 EST 2002
Home loan tax exemptions to stay: Jaswant Singh.
NDTV  Fri Dec 13 21:58:00 EST 2002


Express Application


Subscribe to our Newsletter

Resource Center

- Search Properties
- Real Estate News

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123  15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

**A23**

http://www.eapen.net/

D297

12/17/2002

New Document

The Eapen Corporation provides fast mortgage approvals with our online **Secure 1003 Application.**
Your **Secure 1003 Application** will be placed in top priority and receive immediate attention.

## Loan Information

Loan Purpose:
Purchase ▾

Property Type:
Select One ▾

Loan Type:
30 Year Fixed ▾

Interest Rate:
Select One ▾

Loan Amount:

Property Market Value:

Down Payment:

Property Address:

City, State, Zip Code:
AL ▾

### Borrower Information

First Name:

M.I.:

Last Name:

Social Security Number:

Marital Status:
Select One ▾

Home Phone Number:

Email Address:

Age:

Years of School:

I have a co-borrower: ☐

### Co-Borrower Information

First Name:

M.I.:

Last Name:

Social Security Number:

Marital Status:
Select One ▾

D298

12/17/2002

A24

https://echo.ntsecure.net/realtorprofiles/1003Form1.asp

Page 2 of 2

**D299**

12/17/2002

Home Phone Number:

Age:

Email Address:

Years of School:

Continue

New Document

https://echo.ntsecure.net/realtorprofiles/1003Form1.asp

The Real Estate Market Place



**ALSO INCLUDED IN YOUR FREE KIT**

- Property Marketing Flyer
- Financing Options
- Marketing Assistance
- Home Market Analysis
- Valuable "How To Information"
- Open House Guest Registry

**Benefits of The System**

✓ No Realtors commission for the sale of your home
✓ Assists in pre-qualifying prospective buyers
✓ Accelerates the selling process

D300

12/17/2002

A26

http://www.eanen.net/flyer1.asp

The Real Estate Market Place

Page 2 of 2

 

✔ Provides you with helpful tips on many aspects of preparing, presenting and selling your home .

✔ Helps you to manage and control the sale of your home

**Mortgage Events**

## Why is the system offered to you at NO COST ?

By providing you with the valuable services we have assembled and by helping you in the marketing of your home, we accomplish several things. We help maintain the property values of homes in your area. The longer a home stay on the market, the greater the chance the value will drop. Since our income is directly related to the value of the loans we provide, helping you to sell your home benefit us not to mention that we gain the opportunity to assist anyone interested in financing your home through us, if they so desire. Simple as that, a "WIN-WIN" proposal for both of us.

To take advantage of our
**FREE FSBO SYSTEM**
call

Resource Center

- Search Properties
- Real Estate News

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

**D301**

12/17/2002

http://www.eapen.net/flyer1.asp

A27





| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

  

## Eapen Real Estate Bonus Program Pays You Back When Using A Realtor.

You can get cash back when you buy or sell real estate through this program -- and it's easy!

- Request to have a friendly Member Services Consultant contact you.

Or...

- **Call 800.80EAPEN.** A friendly Member Services Consultant will assist you and will have an experienced real estate agent in your area contact you.

### *It's that simple!*
### For example...

If you sell a $200,000 property and the customary commission charged by the selling company is 6%*, you will receive a 15% cash rebate on the listing portion (3%). *That's $900 cash back!*

If you are buying a $200,000 property and the customary commission is 6%*, *you will receive a 15% cash rebate* on the buying portion (3%) or $900.

**RATE ALERT!**
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.

ZERO Down

Apply for a Mortgage

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A28

The Real Estate Market Place




**Mortgage Events**

*Used for example purposes only. Cash rebates apply to customary commissions charged. Restrictions or limitations may apply. Subject to federal, state and local regulations. Not available where prohibited.

Have a Member Services Consultant contact you or Call- 800.80EAPEN, Monday - Friday, 11am - 8pm.

**SELLING YOUR HOME?**
*Estimate your savings!*

| Home Selling Price | Listing Portion Commission* | Your Cash Rebate |
|---|---|---|
| $50,000 | 3% | $225 |
| $100,000 | 3% | $450 |
| $150,000 | 3% | $675 |
| $200,000 | 3% | $900 |
| $250,000 | 3% | $1,125 |
| $300,000 | 3% | $1,350 |
| $350,000 | 3% | $1,575 |
| $400,000 | 3% | $1,800 |
| | | |

*Used for example purposes only. Cash rebates apply to customary commissions charged.

return to top of page.

**Who's eligible for this program?**
There is no restriction on the eligibility for this program. Any one qualifies for the bonus program.

return to top of page.

**Frequently Asked Questions...**

D303

12/17/2002

The Real Estate Market Place

**Does it cost anything to take advantage of the Real Estate Bonus Program?**
**A:** No. There is no fee charged in order to take advantage of this program.

**When will I receive the cash rebate?**
**A:** Cash rebates are sent directly to the member's home shortly after closing.

**Is there a limit to the amount of the cash rebate I can receive?**
**A:** No – There is no limit to the maximum cash rebate a person can receive. However, the cash rebate paid is a fixed percentage of the listing or selling portion of the customary commissions paid by the seller.

**Can I receive a cash rebate if I am looking to buy a home?**
**A:** Yes. These special savings are available only to persons who buy or sell real estate through this program. For example, if you buy a $200,000 property and the customary commission is 6%*, you will receive a 15% cash rebate on the buying portion (3%), or $900.
*Used for example purposes only.

**How long will it take for a Member Services Consultant to contact me after I submit my Member Bonus Request Form?**
**A:** You should be contacted within 24 hours of receipt of your Member Bonus Request Form.

D304

12/17/2002

Page 4 of 4

The Real Estate Market Place

Contact Us | Feedback | Home |

Resource Center

- Search Properties
- Real Estate News

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

D305

12/17/2002

http://www.eapen.net/bonusprogram.asp





E A P E N

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

## Selling Your Own Home

Prepared especially for:
FSBO

Another Personal Service Provided By :

Eapen Corporation
TERLYN SQUARE # 123  15 West Churchville
Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Next>>

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.









A32

D306

12/17/2002

Page 2 of 2

The Real Estate Market Place




**Mortgage Events**

- Search Properties
- Real Estate News

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123  15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

**Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.**

**D307**

12/17/2002

**A33**

The Real Estate Market Place





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators


E A P E N

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

**FREE SIGN & MARKETING ASSISTANCE WILL HELP YOU SELL YOUR HOME**

Dear Homeowner:

We are not a Realtors®, and cannot charge a commission for the sale of your home. We are Mortgage Bankers and Investment Advisors. Our offer for a free sign and free marketing assistance is part of a FSBO marketing program we have developed to assist families in selling their homes by owner. Included in your system, is a step-by-step how to guide that is packed full of valuable information. The system includes a professional lawn sign that includes a sample financing rider, the use of our 24 hour hotline that provides information to prospects 24 hours a day 7 days a week and our call tracking system that tracks the information from those who call so that you never loose a call even if you aren't home. Most importantly, we assist you in pre-qualifying prospects to insure that you are spending your time with a qualified buyer.

Why do we provide this service at no charge? It's very simple; Our job is to help people gain funding for home purchases. Therefore, we have a vested interest in helping those in the community sell their homes as quickly as possible. By doing this, not only do we gain the opportunity to work with the prospective buyer, but also by helping you I help to maintain the property values of the area.

For more information and a demonstration of how this system works, please call us at 410-879-2055 to set up an appointment. There is no obligation and you have nothing to lose, and valuable information to gain.

We look forward to hearing from you soon!

Respectfully,

Eapen Corporation

**RATE ALERT!** Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.

ZERO Down


Apply for a Mortgage

D308

A34

The Real Estate Market Place



Express Application

Subscribe to our Newsletter

- Search Properties
- Real Estate News

TERLYN SQUARE # 123  15 West Churchville Road;
Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

<<Back  Next>>

Resource Center

Contact Us | Home

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

**D309**

12/17/2002

**A35**

http://www.eapen.net/fsbobroucher2.asp

The Real Estate Market Place

 

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |



**FSBO Guide**

1. FSBO Checklist

2. Free Services available from The Eapen Corporation

3. Advertising your home

4. Tips on holding the open house & selling your home

5. 101 Ways to Sell Your Home Faster and For More Money

6. What you need to know about Title Insurance

7. Tips for a smoother settlement

8. Checklist for Moving

9. Pets on the move

10. Plants on the move

11. What are Points?

12. Problems to watch out for

13. Settlement Checklist

14. Survival Kit for the moving day

15. Transaction Checklist

16. Tips

17. Complete Pricing Dialogue

18. Guest Register

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.



Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

The Real Estate Market Place



**Mortgage Events**

- Search Properties
- Real Estate News

19. Rent Vs. Own Comparisons

20. Open House Handouts

22. Guide to pricing

23. Top 10 mistakes to avoid

24. Home Selling Complex, Sometimes Scary

25. Transaction Control Sheet

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

**D311**

12/17/2002

A37

The Real Estate Market Place







E A P E N

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

**FSBO Check List**

Use this checklist to insure that all marketing material and advertising programs are in place ready to go.

1. Professional Lawn sign and riders are installed in front lawn

2. I have read the tips & valuable information sheets

3. I have prepared my house and am ready for open houses

Open House

| Open house 1 | Open house 2 | Open house 3 | Open house 4 |

Newspaper

Local

paper

Other

| Open house 5 | Open house 6 | Open house 7 | Open house 8 |

Newspaper

Local

paper

Other

1. I have made 25 copies minimum of my FSBO Guest Registry Sheet and put them in my binder for use during open houses.

2. I have placed my open house signs in strategic places leading from the main road to my property. I have done this either the night before my open house or by 7:30 am the morning of my open house.

RATE ALERT! Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.

ZERO Down

Apply for a Mortgage

A38

The Real Estate Market Place

3. I have called the information from my open house guest registry and any independent leads in to The Eapen Corporation at 410-879-2055



Express Application

Subscribe to our Newsletter

**Mortgage Events**

| Open house 1 | Open house 2 | Open house 3 | Open house 4 |

Date called in:

| Open house 5 | Open house 6 | Open house 7 | Open house 8 |

Date called in:

Questions you want to ask:

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

- Search Properties
- Real Estate News

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

D313

12/17/2002

A39

http://www.eapen.net/fsbobroucher4.asp

The Real Estate Market Place







E A P E N

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

**Services Included In Your FSBO System**

The following list of services will be provided as assistance in marketing your home by owner. Each of the items will be provided to you FREE of charge through the duration of our agreement. If at any time, you have questions or concerns about the fsbo process, please do not hesitate to call me. If at any time you wish to consult one of my Realtor Team Members about marketing options I will assist you in scheduling an appointment.

**Services Provided:**

1), Professional quality "FOR SALE BY OWNER" sign, a "SAMPLE FINANCING RIDER" sign and a "24 HOUR HOTLINE" rider sign placed on your front lawn;

2), Record an advertisement describing your home for the 24 hour recorded information hotline;

3), Capture all inquiries about your home. We prescreen and pre-qualify each lead to insure that you are working with qualified buyers. A list of the calls will be provided to you on a weekly basis;

4), Valuable information to help you prepare your home for market, both in looks, functionallity and security;

5), Assist you in advertising your home and in creating ads for the newspaper and other local papers;

6), Homes feature flyer with a pre-qualify form on the back to help those interested insure they can afford your home;

7), Financial package that should be given to every person who views your property. This is valuable information that will help the prospect;

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.

ZERO Down

Apply for a Mortgage




Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A40