The Real Estate Market Place




**Mortgage
Events**

8). Assistance in pre-qualifying potential buyers;

9). Market analysis to help you price your home compared to the existing homes in the area;

10). Information on services needed to complete the sale of your home; and,

11). Assistance in obtaining financing for your next real estate purchase.

**Advertising Your Home**

To market your home effectively, it is recommended that you do the following for a minimum of 6 to 8 weeks. You will find that by being consistent in your advertising efforts you will attract a more consistent flow of prospective buyers.

In order to sell your property you need to create as many opportunities as possible. It is through each form of advertising and marketing that this program makes available to you that you will create that opportunity. It is widely known in the real estate industry that if your advertising produces 100 or more leads, and out of those leads you have 10 interested parties, only 2 or 3 may be serious buyers. Though these numbers are not written in stone, it is a pretty good rule of thumb. To generate enough interest on your property, it is very important that you implement each form of marketing.

The following is a nationally published statistic of where buyers come from. Keep in mind that it only takes one serious buyer who is qualified to purchase your home. Therefore, even the lower percentage forms of marketing listed bellow can be effective. Though the use of this program we are covering each form of marketing.

**Ineffective marketing produces ineffective results.**

**Where Do Buyers Come From**

Some statistics from the real estate industry

1. For sale sign **20%**

2. Responded to ad, but purchased different property **18%**

http://www.eapen.net/fshohrnucher5.asp

D315

12/17/2002

The Real Estate Market Place

3. Respond to open house, but purchase different home **8%**

4. Referral by relocation service **7%**

5. Bought advertised property **3%**

6. Bought open house they saw **1%**

7. Bought for combination of reasons **3%**

**Homeowners choosing to sell their homes "For Sale by Owner"**

**have increased 43% during the past 5 years.**

The advertising sources that you should place ads in are:

· The news paper classified section of "For Sale By Owner"

· Community news papers and magazines like the Penny Saver

· Your local for sale by owner magazine

Again, you should run these ads for a minimum of 6 to 8 weeks to insure that you have reached the maximum number of prospects.

The following ad samples are meant to assist you in writing your ad. One good rule to follow is to keep it simple and direct the reader to 800 number for additional information.

The 800 number and extension number you will use is on the first page of this book. Next to each form of marketing listed bellow is the source digit code you will use with the extension number. This will allow us to track which form of advertising is generating the most response.

<<Back  Next>>

Contact Us | Feedback | Home |                                    Resource Center

**A42**

**D316**

12/17/2002

The Real Estate Market Place

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D317**

**A43**

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

**News Paper Advertising:Source code (1)**

Run your ad 7 days a week. Since you should hold open house at least 3 times a month, you will want to change the ad during the week you are having the open house. The following are samples of a standard ad and an open house ad. Do not give to much information in your ad. It cost more and is less effective.

**Community News Paper And Penny Saver:
Source code (2)**

You will find that in most cases these are published once a week, and that the cost is typically less than the newspaper. Make sure you find out the dates that the ads have to be in by and that you plan out your open house dates prior to running the ads.

The following is an example of two ads that can be run in both of the above. For additional ideas, look in a copy of your local paper to see view ads run by other for sale by owners. See which type of ad grabs your attention and would make you want to call.

OPEN HOUSE Sunday 1-4, In Overlea Single family1212 Main Street, 21236 free 24 hr recorded Information call 1-800-000-0000 Ext:2001

Single family home in Overlea area beautiful inside and out, a must see. free 24 hr recorded Information call 1-800-000-0000 x 2001

**For Sale By Owner Magazine: Source code (3)**

Most every area now has FSBO magazines that are available in most convenience stores and grocery stores. There are contact numbers on the back about placing ads. Most of these publications are monthly. Fees vary by area of the United States. This is a great source of advertising.




**RATE ALERT!**
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.



Apply for a Mortgage





Post Realtor Profile

Rate A Realtor



View Realtor Ratings

Modify Profile



Calculators

The Real Estate Market Place



**Mortgage
Events**

The following is an example of an ad that should be run in this type of paper. You will need a picture of your house. You will find most of the information needed for this ad on your homes feature flyer.

**Tips on Holding Your Open House And On Selling Your Home**

1. **First impressions are lasting.** The front door greets the prospect. Make sure it has a fresh, clean and scrubbed looked. Keep the lawn trimmed, edged and free of refuse.

2. **Decorate for a quick sale.** Faded walls and worn woodwork reduce appeal. Don't try to show how your home "could" look. An investment in new kitchen wallpaper or additional decorations will pay dividends.

3. **Let the sunshine in.** Open the drapes and curtains and let the prospect see how cheerful your home is. (Dark rooms have no appeal...so use higher watt light bulbs).

4. **Repairs can make a big difference.** Loose knobs, dripping faucets and stains, sticking doors and windows, warped cabinets drawers and other minor flaws detract from the show appeal and value of your home. Have them fixed.

5. **From top to bottom.** Display the full value of attic and other utility space by removing unnecessary articles.

6. **Safety first.** Keep stairways clear. Avoid the "Clutter Appearance" and possible injuries.

7. **Make closets look larger.** One of the biggest complaints heard from potential buyers is that there just isn't enough closet space! Purchasing an inexpensive closet organizer and installing it in any or all of your closets can make all the difference. Use a light scent, such as cedar, pine, lemon or potpourri.

8. **Bathrooms help sell homes.** Check and repair caulking in bathtubs and showers. Use a light scent, such as pine, lemon or potpourri. Make this room sparkle. Pine-Sol works well.

9. **Arrange bedroom(s) neatly.** Remove excess furniture. Use attractive bedspreads and freshly laundered curtains. Put all toys out of sight so no one

*D319*

12/17/2002

http://www.eapen.net/fsbobroucher6.asp

The Real Estate Market Place

can trip on them.

**10. Can you see the light?** Illumination is like a welcome sign. The potential buyer will feel glowing warmth when you turn on all your lights in dark or semi-dark rooms.

**11. Music is mellow.** But not when showing a house. Turn off the blaring stereo or television. Let the buyer talk, free of disturbances.

**12. Pets underfoot?** Keep them out of the way. Preferably, out of the house. Use scent throughout the house. There is nothing more offensive than pet odor! Vacuum all hair.

**13. Silence is golden.** Be courteous, but don't force conversation with a potential buyer. He/she wants to inspect your house, not pay a social visit. The more you allow the potential buyer to talk, the more interest generated.

**14. Show important information.** Community information, Schools, Shopping, points of interest, Utility bills, Property tax statements and cost of homeowners insurance.

**15. What is that odor!** Create a beautiful/pleasant aroma. Sprinkle some vanilla or cinnamon on a cookie sheet and place it in the oven on low.

**16. Accent your home for show.** Decorate your tables and/or mantle with fresh cut flowers. Start a fire in your CLEAN fireplace in the winter.

**17. Your lawn.** Trim and clean all lawn and yard area. Put potted flowers around the house inside and out.

**Displays.** Set up a table for your feature sheets, brochures and other handouts. Make up a special attraction 3"x5" card sign bright colored. Use arrows to point to the attraction.

<<Back Next>>

Contact Us | Feedback | Home |                    Resource Center

**A46**

**D320**

12/17/2002

The Real Estate Market Place

- Search Properties
- Real Estate News

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A47

D321

12/17/2002

http://www.eapen.net/fshobroucher6.asp

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

**101 Ways to Sell Your Home Faster**

Of all the things homeowners control when selling their home, the condition of the property is one of the most important.

A crucial part of marketing any product is the presentation of the product. Corporations and retail businesses understand this concept, and they pay millions of dollars each year to advertising and marketing consultants for the best advice possible.

The same is true of real property. In order to compete effectively with other sellers, homeowners must present their homes to the marketplace in an attractive, desirable condition. When you bought your home, you probably comparison-shopped. Well, buyers are still doing that today. According to the National Association of REALTORS, the average purchaser looks at 18 properties prior to purchasing a home. Regardless of how many properties are on the market, available buyers will always seek the best-priced property that is in the best condition.

**Think like a buyer!**

You are not just selling a house; you are selling shelter, security, a lifestyle, and dreams. People always want the best for themselves and your home should represent the buyer's answer to this goal. Put yourself in the buyer's shoes! Remember, they arrive at your front door wanting to find the right home. Don't make them search somewhere else for it. If you have done your homework, every room in your home will create a desire for the buyer to stay.

**Start making a list**

Walk outside and take a look at the property through the critical eyes of a buyer. Is there anything that needs repairing, looks worn, or is outdated? Start writing these items down on your list. Walk through

RATE ALERT! Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

The Real Estate Market Place




**Mortgage Events**

the interior, and do the same thing. Ask for the assistance of everyone in your family. After all, a shorter sales time will benefit everybody in the family!

**Why did you purchase this property?**

You know this home better than anyone else. Think back to when you first walked in this house. What attracted you to this property? These features should be among the first that you enhance. Ask your spouse and your children to add their own special positive reactions. Your teenager may remember how she fell in love with your home years ago because of the "climbing" tree in the backyard. Listen carefully to your children's perceptions.

Tour every room, the attic, the basement, the garage, and the yard. Note at least one positive feature in each. Include the items that attracted you and those desirable features you have added.

**Do everything before you put your home on the market!**

The longer a house is on the market, the more likely prospective purchasers are to suspect that something is wrong with the house. Remember back to all the times you have looked at properties during a home search. Chances are that whenever you came across a property that had been on the market for a while, the first thought that went through your mind was, "I wonder what is wrong? Why isn't this property sold?". Don't let that happen to you! Complete all of your repairs, improvements, and enhancements prior to your first showing.

The following pages will guide you step by step through the process of preparing your home for sale to achieve the highest possible sale price in the least amount of time. Your concentration will be in six areas: repairing, cleaning, neutralizing, space management, atmosphere, and staging. None of these activities are fun to do, but all are an extremely important part of marketing your home

**Focus on 6 key points!**

**Repairs**

1. The rule of thumb is, if something needs repair, fix it! There are probably many things in your home that

**D323**

12/17/2002

The Real Estate Market Place

you have simply become used to over time, things that you have been "promising yourself" you will attend to. Well, now is the time. The buyer will mentally add up the cost of repairing all those minor flaws and end up with an amount that is generally much higher than what it would cost you to do the repairs.

You might be saying to yourself, "These repairs aren't any big deal." The buyer, however, is thinking, "If the owners didn't take care of these little items, then what about the roof or the furnace?"

Small needed repairs and perceived owner neglect will either lower the purchase price or lengthen the time required to sell.

2. Check all walls for peeling paint and loose wallpaper.

3. Large repairs. In today's climate of open disclosure and vigilant professional home inspections, the rule is: treat a buyer as you would treat yourself. Repair any problems with major systems or offer an allowance for the buyer to make repairs after closing. Always disclose anything that you know about the property. Having been a consumer yourself, you know that buyers will more readily make a purchase decision with someone whom they can trust.

**Cleaning**

4. Every area of the home must sparkle and shine! Each hour spent will be well worth it. Would you rather buy a clean car or a dirty one? Would you hurry to buy a pair of shoes with mud on them?

5. Clean all of the windows, including attics and basements.

6. Clean all wall-to-wall carpeting and area rugs. Clean and polish linoleum, tile, and wooden floors. Consider refinishing wood floors if necessary.

7. Clean and polish all woodwork if necessary. Pay particular attention to the kitchen and bath cabinets.

8. Clean and polish all the light fixtures.

<<Back  Next>>

**A50**

D324

Page 4 of 4

The Real Estate Market Place

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D325**

12/17/2002

A51

http://www.eapen.net/fshobrouchar7.asp

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

### Neutralizing

9. Be cautious about selecting colors when painting or replacing carpeting. Your objective is to make your home appeal to the largest possible buying segment. Ask yourself, "How many of the available buyers would be able to move into my house with their own furniture and not have to replace the carpeting?" Position your home on the market to be as livable to as many people as possible and to allow the buyer to mentally picture the home as theirs.

10. Forget your personal taste-the market is always demand driven! The average buyer will have a hard time looking beyond blue carpeting and bold wallpapers. Consider replacing unusual or bold colors with neutral tones. Two coats of off-white paint may be the best investment you have ever make.

### Space Management

This involves creating the illusion of more space.

11. Arrange furniture to give the rooms as spacious a feeling as possible. Consider removing furniture from rooms that are crowded. If necessary, store large furniture.

12. Pack up collectibles-both to protect them and to give the room a more spacious feel. Leave just enough accessories to give the home a personal touch. Dispose of unneeded items.

13. Remove all clutter and make it a habit to pick up clothing, shoes, and personal possessions each day for possible showings.

14. Empty closets of off-season clothing and pack for the move. Organize the closets to demonstrate the most efficient use of space. Leave as few items on the floor or shelves as possible.

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.







A52

The Real Estate Market Place




## Mortgage Events

15. Use light to create a sense of space. All drapes should be open. Turn on all of the lights throughout the home.

### Atmosphere

When placing yourself in the potential buyer's shoes, you will want to consider the overall atmosphere of your home. Keep in mind your sense of smell as you go through this checklist. Present the atmosphere of your home as a shelter, a place that is safe, warm, and in good condition.

16. A clean-smelling house creates a positive image in the buyer's mind. Be aware of any odors from cooking, cigarettes, pets, etc., that may have adverse effects on potential buyers. Remember that some people are much more sensitive to odors than others. Smokers rarely notice the odor of tobacco that fills their homes, and pet owners may be oblivious to objectionable doggy odor.

17. You can use products like carpet deodorizers, air fresheners, and room deodorizers; but the best strategy is to remove the source of the smell rather than to cover it up.

18. Unfortunately, often the only way to remove the smell of pet urine from flooring is to rip up the carpeting, padding, and underlayment, and to replace them. If this is preventing the sale of your home, don't hesitate to make this investment.

19. If smoking and cooking odors have permeated your home, have your carpets and furniture cleaned, and air out or dry-clean your drapes.

20. Mildew odors are another no-no. Don't allow wet towels to accumulate in hampers, or dirty laundry to pile up in closets.

21. Once offensive odors are removed, consider adding delightful ones. Recent studies have shown that humans have strong, positive responses to certain smells. Cinnamon, fresh flowers, breads baking in the oven are all excellent ways to enhance your property for sale.

### Staging

This part of preparing your home for sale is the most fun and involves the use of color, lighting, and

D327

12/17/2002

accessories to emphasize the best features of your home.

22. Study magazine ads or furniture showrooms to see how small details can make rooms more attractive and appealing. The effect of a vase of flowers, an open book on the coffee table, a basket of birch logs by the fireplace, etc., can make the difference in a room. Be careful not to create distractive clutter.

23. The use of a brightly colored pillow in a wing chair or a throw blanket on a couch can add dimension to a sterile room.

24. Soften potentially offending views, but always let light into your rooms. Replace heavy curtains with sheer white panels. Never apologize for things you cannot change. The buyer will either decide to accept or reject the property regardless of the words you say. Just present the home in the best way possible with complete honesty.

25. Go through your photo albums and select pictures of your house and yard during all four seasons. If hung at eye level in a well-lighted area, the pictures will speak for themselves and give you yet another selling edge.

26. Take advantage of natural light as much as possible by cleaning windows, opening shades and drapes, etc. Add lamps and lighting where necessary. Be sure that all fixtures are clean and have functioning bulbs. Increase the wattage of the bulbs in the basement area.

**The Exterior**

Check your home for any needed maintenance, just as a buyer would. Repaint or touch up as necessary. You can't make a better investment when you are selling your house! Don't let the outside turn buyers off before the inside turns them on.

27. Color has the power to attract. A tub of geraniums, a pot of petunias, or a basket of impatiens on the front steps is a welcoming touch.

28. If you are selling during the winter months, consider using a wreath of dried flowers on the front door, or an attractive milk can on the porch.

D328

The Real Estate Market Place

29. If you have a porch or deck, set the stage with pots of flowers and attractively arranged furniture.

30. Check to see that all doors and windows are in good working order. Give special attention to your home's exterior doors and front entry. Clean and paint doors if necessary. Remember, first impressions are likely to color the remainder of the house tour.

31. Replace any broken or cracked windowpanes.

32. Screens should be free of any tears or holes.

33. Inspect all locks to ensure that they are functioning properly.

34. Check for loose or missing shingles. Clean out gutters and down spouts. Touch up peeling areas on gutters.

35. Invest in a new doormat that says, "Welcome."

The Yard

36. Make sure the yard is neatly mowed, raked, and edged.

37. Prune and shape shrubbery and trees to compliment your house.

38. Consider adding seasonal flowers along the walks or in the planting areas. Place the plants into a well-placed wheelbarrow or an old-fashioned washtub. Such standbys as nasturtiums, petunias, impatiens, and verbena are easy to maintain if you remember to water them regularly. Try a row of sweet smelling alyssum to line a short sidewalk or some perky dwarf marigolds to form a cheerful oasis of color in your yard.

39. Add an inch or two of bark mulch around your shrubs and trees.

40. Set up your old badminton or volleyball net—suggest a scene of family fun!

41 It is important to devote at least one area of your yard to outdoor living. Buyers will recognize a scene set with picnic table and chairs and they will respond positively to it. Cover your picnic table with a fringed, red-and-white checked cloth, set out some plastic plates and glasses, and bring out the barbecuing

**D329**

12/17/2002

The Real Estate Market Place

equipment. Buyers will almost smell the hot dogs cooking!

**The Driveway**

42. The driveway is no place for children's toys. Not only are such things dangerous, the clutter is unsightly.

43. The surface of your driveway should be beyond reproach; after all, it's one of the first things a buyer will see when he drives up. Sweep and wash the driveway and walks to remove debris, dirt, and stains. Repair and patch any cracks, edge the sides and pull up any weeds.

<<Back    Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

D330

A56

The Real Estate Market Place



E Λ P E N

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A57

**ROOM-BY-ROOM ANALYSIS**

**The Front Entry**

Whether a graciously proportioned center-hall or a small space just large enough for a coat rack and tiny table, this part of your home deserves your particular attention.

44. Study your entry hall and ask yourself what kind of impression it makes of your home. Dried flowers or a small plant can make a striking focal point on a hall table any time of the year.

45. Virtually any entry hall will benefit from a well-placed mirror to enlarge the area.

46. Your entry hall's flooring will be observed carefully by the prospective buyer. Make sure the surface is spotless and add a small rug to protect the area during showings.

47. The entry hall closet is the first one inspected. Make it appear roomy. Add a few extra hangers. Hang a bag of cedar chips or a pomander ball to give a pleasant, fresh scent. Remove all off-season clothing.

**Living Areas**

Think of these areas as if they were furniture showrooms. Your job is to make each room generate a positive response. Add touches that make a room look truly inviting.

48. Sweep and clean the fireplace. Place a few logs on the grate to create an attractive appearance. You are welcome to have a fire going for showings during the winter months. It creates a great atmosphere.

49. Place something colorful on the mantel, but don't

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.






Apply for a Mortgage

The Real Estate Market Place

 

**Mortgage
Events**

make it look like a country craft store.

50. Improve the traffic flow by removing excess furniture. Have easy traffic flow patterns. Be sure that all doors open fully and easily.

51. Draw attention to exposed beams or a cathedral ceiling with special lighting. Be sure to remove any cobwebs and dust.

52. Remove oversized television sets if they dominate the room. If necessary, substitute with a smaller one until you move.

**The Dining Room**

Avoid going overboard. To be effective, any stage setting that you create should reflect the character of your entire home appropriately.

53. Set the scene by setting the table with an attractive arrangement. Add fresh or silk flowers as a centerpiece.

54. Visually enlarge a small dining area. If your dining table has extra leaves, take one or two out. Consider placing your dining table against a wall. Remove any extra "company" chairs. Consider putting oversized pieces in storage until your house is sold.

**The Kitchen**

Pay particular attention to your kitchen–this room continues to be the "heart of the home." A pleasant, working kitchen is near the top of most buyers' list of priorities and is a room that buyers always scrutinize closely.

55. Avoid clutter! Clean counters of small appliances and store whenever possible to maximize the appearance of workspace.

56. Check the counter top around your sink, and remove any detergent or cleanser, etc., that may be cluttering the area.

57. Sinks, cabinets, appliances, and counter tops should be clean and fresh.

58. All appliances should be absolutely clean, bright, sparkling, and shiny!!

**A58**

59. Clean off the top of the refrigerator! If you must use that space for storage, use baskets and bowls to camouflage the Items kept there.

60. Set the scene with an open cookbook, a basket filled with fruit, a basket of silk flowers, or a ceramic mixing bowl and wire whisk.

61. Create the aromas associated with happy homes! Bake some cookies from pre-mixed, refrigerated cookie dough, start baking a loaf of refrigerated bread dough, or pop a frozen apple pie in the oven. A delightful kitchen aroma can be created with commercial potpourri preparations or you can mix up a batch from scratch on top of your stove:

Cinnamon Potpourri

1 T grated nutmeg

5 cinnamon sticks

1-tablespoon whole allspice

1/2 tablespoon whole cloves

Add all ingredients to 2 1/2 cups of water in a saucepan.

Bring to a boil, and then lower to simmer.

62. In the heat of summer, place a bowl of lemons or limes on the counter to provide a fresh and pleasant aroma.

63. Clean and organize all storage space. If your cabinets, drawers, and closets are crowded and overflowing, buyers assume that your storage space is inadequate. Give away items you don't use; storing seldom used items elsewhere, and reorganize the shelves. Neat, organized shelves and drawers took larger and more adequate for prospective buyers' needs.

64. Large, cheerful kitchen windows are an advantage and should be highlighted as a special feature of your home. Take a critical look at the window treatment–is it clean, sharp and up-to-date? Do the curtains need washing or the blinds need cleaning. Would the window area look better without

**A59**

any window treatment?

65. If you have a counter top eating area, set two attractive place settings with coordinating napkins and placemats, and place cushions on the stools.

66. Set the table for an informal meal with bright place mats and a generous bowl of fruit as a centerpiece.

**Laundry Room**

A separate laundry room is a true asset and is one of the most frequent requests that buyers make during a home search. Don't hide this treasure behind closed doors. Spruce up the room and open the door proudly for inspection.

67. Add a fresh coat of paint or put up cheerful wallpaper.

68. Organize all closets and storage areas.

69. Remove all dirty laundry. Keep current with your laundry or store all dirty laundry in a closed container.

70. Clean and polish the washer and dryer.

71. Consider adding an attractive, coordinated throw rug.

**Stairways**

Stairways should provide an attractive transition from one level of your home to another.

72. Make sure the stairs are safe! Stair lighting should be more than adequate, stairs must be clutter free, stair railings tight and secure, and runners or carpeting tacked securely. Remove any items from the surface of the stairs and store elsewhere. Check the condition of the stairs and paint or re-wallpaper if necessary.

73. If the stairs are a focal point of the main living areas, carefully choose accents to improve the visual appeal. If you have a wide, gracious staircase, emphasize this feature by hanging a few pictures along the wall. Draw attention to a handsome lighting fixture by polishing the brass and dusting each small light bulb or crystal prism. Any stair landing should

**D334**

also have an attractive focal point, be it a fern on a plant stand, a dramatic poster, a chiming clock, or a special chair on a large stair landing. If the staircase is narrow, fool the eye by minimizing clutter.

**Bedrooms**

Imagine for a moment that you're in the "bed-and-breakfast" business. How would you change your home's bedrooms to appeal to a paying lodger? Naturally you'd make up the beds with your prettiest sheets and comforters. Maybe you'd add a vase of flowers on the dressing table or a cozy armchair in the corner. Every bedroom in your home should invite prospective buyers to settle right in.

74. Large master bedrooms are particularly popular among today's homebuyers. Make your bedroom larger. Paint the room a light color, remove one of the bureaus if the room is crowded and minimize clutter to maximize spaciousness. Aim for a restful, subdued "look".

75. A private bathroom off the master bedroom is a real sales plus. Decorate to coordinate with the color scheme of your bedroom, creating the "suite" effect.

76. Virtually all buyers are looking for a house with plenty of closet space. Try to make what you have appear generous and well planned. Remove and store all out of season clothing. Remove any items from the floor area–this will make a closet seem more spacious. Arrange all shelves to maximize the use of space.

77. Make sure all articles in the closet are fresh and clean smelling. When prospective buyers open your closet door, they should be greeted with a whiff of fresh smelling air.

78. Make sure all closet lights have adequate wattage and are operating. Add battery-operated lights to those closets that lack them. Lighted closets look bigger, are more attractive, and allow buyers to inspect the interiors easily.

79. Take the time to explain the importance of marketing to your children. Encourage them to participate in preparing your home for showing; particularly the principle of appealing to the widest possible market segment. Ask your children's cooperation in making their beds and picking up their

**A61**

**D335**

The Real Estate Market Place

rooms prior to showings. Consider promising a special reward if they willingly participate in your house-selling goals.

80. Have children pack up any items that are not currently in use and dispose of unused possessions.

81. Remove any crowded, unusual, or personal wall hangings (such as posters) and store them until your home is sold.

<u><<Back  Next>></u>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

A62

D336

12/17/2002

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

**Bathrooms**

Wise sellers take special pains with preparing their bathroom(s) for scrutiny by strangers. The bathroom is a room after all, and a very personal one. Prospects will inspect yours carefully, so be sure it is immaculate. Cleanliness is the key! Make sure that all surfaces are spotless.

82. Replace worn or dirty shower curtains, clean and repair caulking, and remove non-skid bath surface decals that are in poor condition.

83. Clear off counter tops and store all personal care products out of sight.

84. Repair any faucets that leak or do not function properly. Clean off mineral deposits with vinegar or commercial products.

85. Clean and organize all cabinets and drawers. Don't forget the medicine cabinet: dispose of old prescriptions and polish the shelves. The same goes for the storage cabinet under the sink.

86. Remember to appeal to a wide range of buyers. Play down dominant colors with contrasting neutral colored towels and accessories. If your bathroom is mostly white or neutral, add a few cheerful accents of color: use towels in the popular new shades. Don't hesitate to buy a few new towels and a rug; you'll be taking them with you to your new home.

87. Scrub and wax an old floor. Cover the largest area you can with a freshly washed scatter rug.

88. Decorate and personalize. Create a pleasing, individual look. Consider bringing out your best towels and perfumed guest soaps. Add a plant for color and freshness.

89. A gentle hint of fragrance in the air is fine, but

**RATE ALERT!**
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A63




**Mortgage Events**

keep it subtle.

**Basement**

90. Clean and organize the basement. Be sure that the stairs are cleared and well lit and that the handrail is secure. Remove and dispose of any items that you will not be taking with you. Pack other items in boxes and arrange them neatly in the center of the room so that basement walls can be inspected.

91. Make sure your major systems, such as the furnace and electrical service are operating properly. If appropriate, vacuum out the furnace and install a clean filter.

92. A dark, damp-smelling basement will have trouble selling. Clean up mildew stains, throw out any upholstered furniture that retains that musty smell, and check the basement walls for high water marks. Many basements are a turnoff simply because they're too dark. Increase the wattage of your existing light bulbs, and if needed, install a few more lights. Be sure, however, to disclose any problems with your basement drainage system. Most states require that adverse defects of material significance be noted as exceptions to the seller's warranties.

93. As a final touch, take a damp cloth and wipe off any dust and grime from the surface of your water heater and furnace. Apply a coat of wax when you are finished.

**Garage**

94. Sweep and wash the floor to remove dirt and stains. Organize tools, garden equipment, bicycles, etc. A clean, organized garage appears larger.

95. If the area is dark, add more light. If it is small and accommodates only one car, remove your car before buyers visit. An empty garage always looks larger. If it is a two-car garage with very little extra room, remove one of your cars so that buyers can make their inspection in comfort.

96. If the basement is appropriate to use as a recreation area, set up your ping pong table (with balls and paddles as props), hang some bright posters, put down an area rug, and you've transformed the place into a teen retreat. Your setting does not need to be complete and shouldn't

D338

cost a large amount. It's meant to suggest further possibilities to buyers.

97. Clear off and organize the workbench in your basement and draw attention to it as a sales feature. Make sure the lighting is excellent and stage the area as a comfortable place in which to work. Add a throw rug as cushioning against the cement flooring.

**Attic**

Whether a high-ceiling room or a crawl space under the eaves for storage, your attic area will be examined and should not detract from the well-kept appearance of your house.

98. If your attic is reached by a steep flight of stairs, be sure the stairs are clear of objects and well lit. If your attic space is reached by a folding set of stairs that you pull from the ceiling, be sure the mechanism is well oiled and there is adequate lighting.

99. Spruce up your attic space, hide the mousetraps, and install bright lights. If your attic does have windows, be sure to clean off the grime and let in as much light as possible. Clean as needed.

100 Get rid of anything that you don't plan to move to your new home. Place remaining stored material neatly in boxes and trunks, and then position away from the walls.

101 If the attic is windowed and can be expanded under the current municipal building codes, be sure to inform your prospective buyers of this potential. Be sure to verify this information first.

**SOME FINAL TIPS**

**Showings**

1) The more people who see your home, the more likely you are to sell it quickly. Yes, it's an inconvenience to show your home at dinnertime, but if the people end up buying, it's worth the effort.

2) Prepare for inevitable, unexpected showings with a family game plan. Work out an effective plan in writing with your family so that everyone knows what to do if you sound the alarm.

3) There shouldn't be any major housecleaning at

A65

**D339**

this point. The kinds of tasks you ought to be concerned with now are simple ones; making the beds, stuffing last night's dirty pans in the dishwasher, picking up loose newspapers, etc. Even young children can participate by cleaning their rooms.

4) If the season is appropriate, open the windows in each room and let in some fresh air. Stale air isn't appealing, particularly in a home with smokers or pets.

5) Keep your thermostat at a comfortable temperature.

6) Turn on all of the lights for every showing before prospective buyers arrive. This also gives you an opportunity to select the lighting effects you want for each room. Be sure not to overlook areas like your attic and basement where light switches are often difficult to locate. No area of your home should be dark.

7) Turn off the television and turn on light, background music.

8) Arrange for pets and children to be at a neighbor's. Perhaps it's unfair to lump children with pets, but young children can distract buyers from their purpose. Keep pets away from buyers.

9) Don't try to "sell" the house with words! By this time you have prepared the house for sale so let it sell itself. Buyers' buy on emotion-theirs, not yours. Keep your emotions under control.

10) Never misrepresent!

11) Today's consumer protection laws are very specific.

12) Prepare property information

13) Prepare a book of complete information about the property. Include data about the neighborhood, distance to shopping, drive time from the airport, names and ages of the neighborhood children, places of local interest, etc.

14) Assemble utility expense records, such as total yearly heating costs or monthly budgets, for the buyers' inspection.

**D340**

The Real Estate Market Place

15) If you are including any appliances in the sale price of your home, you should keep warranties and instruction booklets in this same file.

16) Have information about the major systems of the house available.

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123  15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D341**

12/17/2002

The Real Estate Market Place

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N



Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

**Miscellaneous**

. Consider hiring a surveyor to mark the boundaries of your property. This will not only show consideration, it will be an effective sales tool. Caution! If you are not exactly sure of the boundary lines, do not attempt to represent their location to the buyer!

**Items not included in the sale**

. Remove (and replace if applicable) any items that will not be included in the sale of the property (such as light fixtures, etc.).

**What is Title Insurance?**

**Q: What is the need for title insurance?**

A. Title insurance provides protections against such unforeseen elements as claims against the title of your home that weren't revealed during the title search. Most title hazards will show up during a title company's investigation of public records, but even the most exhaustive search may not bring all problems to light. Title insurance is written to provide protection against most undisclosed risks. Other factors that are researched are:

. Easements of record

. Restrictions, covenants and conditions

. Verification of legal description

. Liens or judgments

**Q. What are some examples?**

A. One would be a claim by a missing heir or a previous owner. Other possible claims can include liens by laborers for unpaid work, a deed conveyed

RATE ALERT! Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.



ZERO

Down



Apply for a Mortgage

A68

The Real Estate Market Place

 

**Mortgage Events**

by a married person purporting to be single, boundary disputes or forged deeds. When claims are made, the title insurance company is responsible for satisfying legitimate insured claims or for defending the interests of the policyholder in court.

**Q. Are different kinds of title policies available?**

A. Yes, generally there are two forms. The first is lender's title insurance. It is usually written in the amount of the home loan and protects the lending institution from losses resulting from defective titles. Lending institutions often will refuse to make a loan unless a lender's policy is purchased. Because lender's insurance expires when the mortgage loan is repaid, it does not protect the homebuyer from title defects. For this, you need a form of title insurance called an owner's policy. It usually is written in the amount of the real estate purchase price. Coverage continues as long as a property owner, his heirs or persons to whom he may bequeath it, retain an interest in the property.

**Hints to Sellers for a Smoother Settlement**

There are about 60 people involved in the settlement of a real estate transaction. The following are some tips to make the process run smoothly:

. Call your lender for advice about making your mortgage payment during the month of closing.

NOTE: If you make a payment after the payoff amount is determined, the closing/escrow statement will have to be changed, and your lender may charge a fee for updating the documents to reflect the new payout amount.

. If you currently have an FHA mortgage, 30-day advance notice of mortgage payoff may have to be given to avoid an additional charge of one month's interest (some lenders charge a per diem rate, others charge 30 day's interest).

. You should be aware that it is common practice to add several days' interest to the amount due as of settlement on your mortgage payoff. Your lender considers the actual payout date to be the day the funds are received. If you have a local lender, it may be possible to hand carry the payoff check to save any extra charges for daily interest. Check with your title company about their policy.

D343

http://www.eapen.net/fsbobroucher11.asp

12/17/2002

. Lien waivers must be provided at closing for all work done to the property in the previous six months. A lien waiver is a standard form provided by contractors or other workman verifying that they have been paid in full and cannot place a mechanics lien against the property.

. Be sure to make arrangements to transfer all utilities out of your name as of the date of occupancy. If your home is heated by oil, it may be considered to be personal property and, as such, will be purchased by the buyer at the time of settlement. Please arrange for your vendor to measure the amount of remaining oil and to give you a written statement as to its current value. Bring that statement to closing or escrow

. Water and Sewer Bills (if applicable) will be prorated on the closing statement. If you have a bill coming due near the date of settlement, please inform your closing/escrow agent as to whether or not you have paid it.

. The following items are usually pro-rated on the closing/escrow statement:

    . Water/Sewer

    . Homeowner's Association Fees

    . Condominium Association Fees

    . Current Taxes

    . Rents (if applicable)

. If you will be unable to attend the closing/escrow, all documents may be pre-signed.

. Some lending institutions have a policy of not releasing real estate tax escrows until after a loan is paid off in full. This may cause a temporary cash flow problem if all your proceeds of sale are needed immediately upon settlement. Call your lender and ask if the tax escrow will be fully credited on the payout statement.

**D344**

Page 4 of 4

The Real Estate Market Place

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D345**

12/17/2002

**A71**

D346

12/17/2002

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

**Checklist for Moving**

Prior to your moving date, it will be necessary for you to notify a number of people of your pending change of address. Use this list as a guide to make sure all of the right people have been notified.

Utilities

.Electric

. Gas

. Water

. Telephone

. Fuel

. Garbage and refuse

Publications-Notice requires several weeks

. Newspapers and Magazines

Government and public offices

. State motor vehicle bureau

. Social Security administration

. Post office

Insurance

. Life

. Auto

. Home

RATE ALERT! Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





ZERO Down



Apply for a Mortgage



Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A72

The Real Estate Market Place

Page 2 of 4

**Express Application**

**Subscribe to our Newsletter**

**Mortgage Events**

- Health

- Fire

- Other

**Professional Services**

- Doctor / Dentist

- Certified Public Accountant

- Lawyer

- Broker

**Established Business Accounts**

- Dry cleaner

- Drug store

- Diaper Service

- Dry cleaning/laundry service

- Water softener service

- Credit cards

**Miscellaneous**

- Relatives, friends

- Book & record club

- Organizations and clubs

- School / Church

- Landlord if you are a tenant

- Tenants, if you are a landlord

**Before the move**

- Empty freezer; plan use of foods

- Defrost freezer, refrigerator

- Remember arrangements for TV and antennae

**A73**

D347

http://www.eapen.net/fsbobroucher12.asp

12/17/2002

The Real Estate Market Place

. Clean rugs or clothing before moving

Order a final reading of:

. Gas

. Electric

. Water

. Heating Fuel

Discontinue service on:

. Route deliveries

. Newspaper

. Cleaning

. Safety deposit box

. Telephone

. Arrange for childcare if necessary

**On moving day**

. Carry currency, jewelry, & important documents with you. Bring a small tool kit! Double check closets, drawers, and shelves to be sure they are empty

**For out-of-town purchasers**

Let a close friend or relative know your route and schedule. Transfer insurance on household goods and personal possessions to ensure coverage enroute. If your car or other possessions are not paid for, notify creditors and obtain permission to take property out of state. Have your appliances serviced for the trip. Notify the school about the intended move. Gather records or have transcripts forwarded. Obtain:

. Medical / Dental records

. Medical prescriptions

. Inoculation records

. Birth / baptism records

**A74**

**D348**

The Real Estate Market Place

. Eyeglass prescriptions

Gather professional recommendations for new
location, and return all borrowed books, etc.

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D349**

12/17/2002

A75

http://www.eapen.net/fsbobroucher12.asp

The Real Estate Market Place



A76

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

**Pets on the Move**

Your pets need unique care and handling to get to their new home. The following are some suggestions for arranging their move:

**Cats and Dogs**

Small pets such as cats and dogs can be either shipped by air or taken along in the family car. There are also commercial services available for the shipment of pets. Look in your local yellow pages or call your moving company. If you are flying to your new destination, your cat or dog can ride in the baggage compartment. The following is a checklist to follow if you plan on using this method.

. You must provide the airline with a current certificate of health from your veterinarian.

. Call the airline in advance to find out about special shipping containers they may provide.

. If you are going to provide the shipping container, make sure it complies with the airline's regulations.

. Obtain some tranquilizers from your veterinarian, and administer them just before the flight.

. Put an old blanket or article of worn clothing with your scent on it to give your pet some comfort and a feeling of familiarity.

If you aren't flying with your pet, but are having it shipped separately by air, make sure someone is on the other end to pick it up at the airport and care for it until you arrive. If you do not know anyone in the destination location, arrange for a local kennel do it for you. This service can also be provided in the origination location. Some kennels can board the pet several days before you move (keeping it out of your way), package the pet according to airline

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Apply for a Mortgage



**Express Application**

**Subscribe to our Newsletter**

**Mortgage Events**

regulations, take it to the airport and arrange to have a kennel on the other end pick it up and provide care until you arrive.

If you plan on taking your dog or cat with you on a long cross-country trip, take special precautions. Animals get carsick easily and being restricted in a car all day can make them nervous and upset. Be sure to provide for frequent rest stops. Bring along their water dish, leash and favorite toy.

Some motels and hotels have regulations against pets. Others have special facilities for handling travelers' pets. Call in advance and check out the available literature on hotels along your route. National chains usually publish such information.

**Smaller Animals**

Hamsters, birds, and similar pets can be transported in the family car fairly easily. Make sure they have enough food and water in their cages and are out of drafts or extreme temperatures. Cover cages with a cloth to keep them quiet.

**Fish**

Fish should not be moved in their aquarium. A gallon of water weighs 8 pounds. A better arrangement would be to give the fish away and restock the aquarium when you arrive at your new home.

**Plants on the Move**

Plants can be moved fairly easily in your car, if room is available. It is not recommended that plants be placed on moving vans due to the extreme temperatures that the plants may be subjected to. The following are some suggestions for moving your household plants.

. Call your local U.S. Department of Agriculture to check on regulations if moving from one state to another. Many states have restrictions on certain kinds of plants to prevent importing bugs or pests that can destroy valuable cash crops in that state.

. Three weeks before the move, prune plants back as much as possible to make them hardier and less bulky for the move

. Two weeks before the move, place the plants in a

A77

D351

black plastic bag with a bug/pest strip or pest control powder. Close the bag and place in a cool area overnight. This will kill any pests on the plant or in the soil.

. The day before your move, place the plants in their travel containers (Cardboard is preferable). Secure the plants by packing dampened newspaper or packing paper around them. Use more paper to cushion the leaves and place a final layer of wet paper on top to keep them moist. Water the plants normally in summer, a little less in winter.

. On the day of your move, set the boxes aside and mark "Do Not Load" so they won't be taken on the moving van.

. On the day of the move, close boxes, punch air holes in the top and load them in your car.

. While travelling, be careful not to leave the plants in extreme temperatures when parking the car.

. Unpack the plants as soon as you can after arriving. Remove plants through the bottom of the box in order to avoid breaking the stems. Expose the plants to sunlight gradually to reduce shock.

. If you must leave your plants behind, then take cuttings. Put them in a plastic bag with wet paper towels around them.

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

- Search Properties
- Real Estate News

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A78

D352

http://www.eapen.net/fsobroucher13.asp

12/17/2002

The Real Estate Market Place





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

A79

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

E A P E N

**WHAT ARE POINTS?**

Whether called points, discount points, loan brokerage fees, or new loan fee, they are all the same. Points are such a vital part of buying or selling in today's market that an understanding of them is important.

**What exactly are points?**

Points are the money paid to the lender that allow the lender to make loans at a regulated, lower than market interest rate and still obtain the desired rate of return.

**Why not just raise the interest rate?**

In order to allow more people to buy their own home, the U.S. government established the FHA and VA loan programs. The VA program was established to assist our war veterans, and later all veterans, by eliminating the required down payment. The FHA program was developed to assist low to medium income families to purchase a home by reducing the required down payment. The FHA program is regulated by the government, which established the maximum interest that a lender may charge. This maximum rate is often slightly below the going rate for mortgage money and thus the need for points to supplement the difference. In addition, lenders of conventional mortgages are using points for the same purpose.

**How are points figured?**

One point is one percent (1%) of the loan amount. 5 points on a $60,000 loan would be 5% of $60,000 or $3,000.

**Who can pay the points?**

Either the buyer or seller can pay all points.

**RATE ALERT!**
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Apply for a Mortgage

Express Application

Subscribe to our Newsletter

**Mortgage Events**

In general, the decision to pay fewer points and get a low interest rate, or pay more points and get a lower interest rate is a function of how long you plan to keep the home. If you are only stay in the home for a few years, consider looking for a zero point loan with a higher interest rate.

If you plan on keeping the home for 7 years or more, you may choose to pay more points and get a lower rate. Over time the money you save on your monthly mortgage payment will more than cover the cost of the additional points you paid at closing.

If you would like to compare different rate and point combinations and how their financial impact over the years, ask me to prepare one for you.

**Problems from Contract to Close**

The time between the sale of your home and the closing or settlement can be challenging. The following partial list is provided to illustrate some of some of the problems that can occur in a real estate transaction.

. Acts of God such as windstorm, fire, or flooding

. Purchaser does not obtain insurance in a timely manner

. Family members oppose the purchase

. Home inspection reveals defects that seller is unwilling to repair.

. Home inspection reveals defects that the purchaser is unwilling to accept

. Home inspection reveals unknown defects

. Liens are discovered just prior to closing/settlement

. Loan institution raises rates, points, or costs prior to closing

. Loan institution requires a second appraisal

. Loan institution requires property repaired prior to closing

. Purchaser becomes critical regarding condition

The Real Estate Market Place

- Purchaser did not tell the truth at time of loan application

- Purchaser does not deliver earnest money according to the terms of the contract

- Purchaser does not execute paperwork in punctual manner.

- Purchaser does not qualify because of omitted information

- Purchaser experiences change in employment, illness, divorce, or financial difficulty

- Purchaser source of down payment changes

- Purchaser submits incorrect tax returns to Loan institution

- Purchasers motivation to purchase the property changes

- Seller did not own 100% of property as previously disclosed

- Seller does not disclose known defects that are subsequently discovered

- Seller has difficulty obtaining signatures of co-owners

- Seller is unable to clear up problems or liens

- Seller leaves town without giving power of attorney to anyone

- Seller removes property from the premises the purchaser believed was included

- The appraisal is late

- The property does appraise to the loan institution's satisfaction

- The property inspection report alarms the purchaser

- The property inspection report infuriates the seller

- The property inspection report is delayed

**D355**

12/17/2002

The Real Estate Market Place

. The property inspection report Is incorrect

. The property inspection report reveals radon, asbestos, abandoned wells, etc.

. The purchaser does not like the terms of the loan

These are the issues a real estate agent deals with on a daily basis. Please call me if you have any questions regarding any of these items.

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

D356

12/17/2002

http://www.eapen.net/fsbobroucher14.asp

A82

The Real Estate Market Place

E A P E N

HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

**SETTLEMENT CHECKLIST**

**Settlement Procedures**

1.Occupancy permit __/__/__

2.Survey __/__/__

3.Home Warranty Application __/__/__

4.Oil Letter __/__/__

5.Special Agreements __/__/__

6.Amendments __/__/__

7.Escrow agreements __/__/__

8.Lien Waivers __/__/__

9.City Letters __/__/__

11.Title Policy __/__/__

12.Closing/escrow statement __/__/__

13.Affidavits __/__/__

14.Authorization to deliver deed __/__/__

15.Insurance Binder __/__/__

16.Schedule Closing __/__/__

17.Other __/__/__

18.Other __/__/__

**One week prior to settlement**

1.De-winterize if vacant __/__/__



RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.



ZERO
Down

Apply for a Mortgage

Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

**A83**

The Real Estate Market Place

2.Home appliance documents ___/___/___

3.Transfer utilities ___/___/___

4.Check keys ___/___/___

5.Check garage door openers ___/___/___

6.Schedule walk-through ___/___/___

7.Other ___/___/___



Express Application

Subscribe to our Newsletter

**Mortgage Events**

## SURVIVAL KIT FOR MOVING DAY

Set aside the items that you may need immediately upon arrival at your new home. Pack all these items separately and mark the boxes by content.

1.Detergent                2.Kitchen cleanser

3.Dish towels             4.Paper towels

5.Dish clothe             6.Steel wool pads

7.Sponge                  8.Glass cleaner

### Kitchen Supplies

1.Plastic wrap            2.Trash bags

3.Aluminum foil           4.Paper plates, cups, napkins

5.Plastic knives, forks, spoons    6.Plastic pitcher

7.Small saucepan          8.Serving spoons

### Bathroom

1.Razor                   2.Facial tissue

3.Toilet tissue           4.Bath towel

5.Shower curtain          6.Face cloth

D358

12/17/2002

A84

The Real Estate Market Place

7.Soap                8.First-aid kit

9.Aspirin

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road: Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

**D359**

The Real Estate Market Place



| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

E A P E N

**Food**

1. Instant coffee, tea, chocolate
2. Raisins
3. Fresh Fruit
4. 6 Pack of Pudding
5. Sandwich spreads
6. Jars of cheese
7. Package of crackers
8. Instant creamer, sugar, salt
9. Dry soup mix
10. Boxes of dry cereals

**Children**

1. Video
2. Coloring books and crayons
3. Favorite toys
4. Books
5. Puzzles
6. Blanket

**Miscellaneous**

1. Tool box
2. Several light bulbs
3. Flashlight
4. Extra batteries
5. String or twine
6. Old Newspaper
7. Laundry Detergent

**TRANSACTION CHECKLIST**

1. Original earnest          Due          In

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

Page 2 of 3

The Real Estate Market Place




## Mortgage Events

money _____/_____ Due _____/_____ In

2. Additional earnest money _____/_____ Due _____/_____ In

3. Contingencies satisfied _____/_____ Due _____/_____ In

### Loan processing Procedures

1. Loan Commitment _____/_____ Due _____/_____ In

2. Credit report _____/_____ Due _____/_____ In

3. Appraisal _____/_____ Due _____/_____ In

4. VOE _____/_____ Due _____/_____ In

5. VOA _____/_____ Due _____/_____ In

6. PMI _____/_____ Due _____/_____ In

7. Submitted to underwriter _____/_____ Due _____/_____ In

8. Verbal approval _____/_____ Due _____/_____ In

9. Written approval _____/_____ Due _____/_____ In

10. Need to amend contract _____/_____ Due _____/_____ In

11. Other _____/_____ Due _____/_____ In

### Inspections

1. Radon Due _____/_____ In _____/_____

2. Lead Due _____/_____ In _____/_____

D361

12/17/2002

http://www.eapen.net/fsbobroucher16.asp

A87

The Real Estate Market Place

| | | |
|---|---|---|
| 3.Asbestos | Due ___/___ | In ___/___ |
| 4.Termite/Rodent | Due ___/___ | In ___/___ |
| 5.Basement | Due ___/___ | In ___/___ |
| 6.Structural | Due ___/___ | In ___/___ |
| 7.General Premises | Due ___/___ | In ___/___ |
| 8.Subsoil Conditions | Due ___/___ | In ___/___ |

**Other Contingencies**

| | | |
|---|---|---|
| 1.Property condition report | Due ___/___ | In ___/___ |
| 2.Safe Water Report | Due ___/___ | In ___/___ |
| 3.Septic System Report | Due ___/___ | In ___/___ |
| 4.Code Compliance | Due ___/___ | In ___/___ |
| 5.Energy Inspection | Due ___/___ | In ___/___ |
| 6.Repairs per contract | Due ___/___ | In ___/___ |

<<Back  Next>>

Contact Us | Feedback | Home |                    Resource Center

The Eapen Corporation                              - Search Properties
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014      - Real Estate News
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A88

D362

The Real Estate Market Place





EAPEN

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

**Tips for the For-Sale-by-Owner**

Trying to sell your house yourself can bring substantive rewards or unmitigated frustrations. Here are a few tips to smooth the process:

. Decide the date when, if unsuccessful, you will give the listing to a broker or take the home off the market.

. Before advertising, allow time to tidy up the yard, clean up the interior, de-clutter the closets and clean out the garage.

. Paint your own yard sign? Don't even think about it. Buy one at a hardware store or pay a sign company to make one. Lock the house when you're not home.

. Newspaper ads should begin with the words "By Owner." Also give the address, asking price, the number of rooms, and special details such as a marble floor in the foyer. Include day and evening phone numbers. Buy or rent an answering machine.

. Price the house realistically. Brokers interested in getting your listing might offer to do a free, no-obligation market analysis of comparable home sales in your area. Let them. It's a great tool to help set your asking price and a good way to establish contact with brokers. You might need one later.

. Prepare an information sheet for prospective buyers. Include details about each room, appliances, special assets, lot size, neighborhood, school districts, taxes, and the like. Include a photo of the home's exterior taken when the yard is at its prettiest. Work up a seller's condition report stipulating your knowledge of the condition of the home's structure, and its mechanical, electrical and plumbing systems.

. During the open house, hide all valuables and "farm

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Apply for a Mortgage

Host Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators

The Real Estate Market Place

Page 2 of 4



**Mortgage Events**

out" children and pets. If the weather is inclement, put a floor mat and umbrella stand in the front hall. Turn on all the lights, bake bread or muffins for a delicious scent, and put out fresh flowers and new towels. Don't let people wander around alone; accompany them to each room and point out amenities.

. Get names and phone numbers from everyone who looks at your home. Offer to make them exclusions to any broker's contract you might enter into later. A day or so after someone sees your home, phone to ask if he has any questions. If you reduce the asking price or receive an offer, phone everyone who has seen the house to alert them to these new developments.

. Negotiate the price of the house dispassionately and bargain creatively. For example, to get your way on the closing date, offer to include the refrigerator. If you want to take the parlor chandelier, offer to leave the swing set. Be wary of offering a land contract, or help with seller-financing, to strapped buyers. Require interested bidders to divulge their occupation and employer, household income, major debts, and proposed down payment. Do a credit check on them.

. Hire a lawyer to guide you through the closing process.

**Home Selling Complex, Sometimes Scary**

a reprint from a national metropolitan newspaper

In the last three months, residential real estate owners in the four-county Milwaukee area placed a total of 5,720 homes, duplexes and condominiums on the market. Their offerings ranged from ramshackle rattraps to princely mansions, from spit-polish colonials to broken-down bungalows in the sort of abject decline that appeals only to the naive or the handy.

During the same time, January through March, a total of 1,954 Milwaukee-area homes, duplexes and condominiums were sold, according to the Multiple Listing Service (MLS), a clearing-house that lists properties and disseminates information about them.

Most of those sellers were aiming for a clean, fast, lucrative sale. The buyers, on the other hand, were conjuring up visions of a clean, fast bargain.

**A90**

D364

12/17/2002

The Real Estate Market Place

Somehow, they got together.

In the coming months that scenario will be re-enacted again and again, for springtime is traditionally boom time in the real estate market.

This is the second of two articles spotlighting the real estate scene locally and statewide. Last week's story focused on the buyer's perspective, offering an overview of the market and advice to those entering it. Now we turn to the sellers.

The horror stories are horrible enough to flip Hitchcock facedown in his grave.

There was the yuppie couple that spent a small fortune redecorating their home in trendy new jewel tones to attract buyers. But the buyers weren't impressed. Before the ink was dry on the closing documents, the new owners had marshalled a platoon of painters, carpet layers and wallpaper hangers to redo it all.

There was the man who showed his home at dusk and refused to turn on lights so the buyer wouldn't notice brown watermarks on the foyer ceiling. The buyer noticed–after he bought. The buyer turned out to be a lawyer.

There was the woman who advertised her house for sale by owner and a week later sashayed off for a Florida vacation. She wondered why her house languished on the market.

Selling a house is a complicated and risky business, and the risks of doing it wrong can carry huge consequences.

Real estate experts are viewing this spring as neither a buyer's nor a seller's market, except for a few hot spots.

<<Back  Next>>

Contact Us | Feedback | Home |                                    Resource Center
                                                              - Search Properties
                                                              - Real Estate News

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014

D365

http://www.eapen.net/fsboboucher17.asp                                    12/17/2002

**A91**

Page 4 of 4

The Real Estate Market Place

800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

D366

12/17/2002

**A92**

http://www.eapen.net/fsbobroucher17.asp





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculator

**Questions and Answers**

**Q: What does a real estate broker do for the seller?**

A: Through his MLS contacts, the broker can expose the property to a great number of potential buyers. Many brokers here also are tied to national relocation networks that attract transferees. They often are the most motivated buyers.

The agent helps a buyer set the price by doing a market analysis, taking a survey of the house and property and looking at recent comparable sales in the area. The agent likely will advise the seller to hire an appraiser and recommend a list of competent appraisers.

The agent provides an eye-appealing yard sign, a legal description of the property including a lot size and tax information, and an information sheet on the house including photograph. He also determines whether the property conforms to local codes, and helps the seller determine what steps to take to get the house ready to sell.

The agent can provide a contract for a home warranty plan, and acts as a liaison between buyer, seller and the home warranty company. In the final phases of the sale, the agent gets together the title or abstract, collects tax information, oversees home inspection schedules and keeps the seller informed as to how the buyers are working through the financing process.

**Q: Why do people try to sell on their own?**

A: Independence spawned by fear a broker will pressure them. Or they feel they can successfully market the house and save the broker's commission. According to nationally- syndicated real estate columnist Edith Lank, less than 1 in 10 homes

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.







Apply for a Mortgage

A93

D367

12/17/2002

The Real Estate Market Place

Page 2 of 4

 Express Application

 Subscribe to our Newsletter

**Mortgage Events**

nationwide sells without a broker.

**Q: How do you find a good real estate agent?**

A: Look for a person compatible to your own personality, someone with training, experience, enthusiasm and a professional demeanor, someone referred by friends who have sold a home recently or who specializes in your area of town.

**Q: How much should I do to the house to get it ready for sale?**

A: Give it good road appeal by tidying up the lawn and planting flowers. Touch up exterior paint. Make sure the inside is spotless and uncluttered. Ask a friend or relative to store the excess from closets, attic, basement.

Repair small items such as silent doorbells, sticky doors, and drippy faucets. If major items such as the roof, carpeting or basement walls need substantial and costly repairs, get written estimates and have these available for buyers to read. Bargain accordingly.

**Q: What's the best way to negotiate?**

A: If an offer meets your financial expectations and timing requirements, accept it. If the price is right but other details are wrong, counter the offer and keep the lines of communication open.

**COMPLETE PRICING DIALOGUE**

There are 5 factors that affect the sale of your home

. Location

. Price

. Exposure

. Condition

. Terms

You control 4 of these. Although location is the one factor you cannot control, the effects of a negative location can be compensated by price. For example, if you have two identical new homes, and one is near a railroad track, the problem of the railroad can be

**A94**

D368

12/17/2002

offset by a lower price.

Exposure refers to how you choose to present your property to the market. More specifically, which REALTOR® are you going to select as a marketing agent.

Condition refers to how you get the property ready for sale-how clean the house is, is everything in good repair, and has the home been maintained properly.

The last factor, terms indicates some of the conditions under which you are willing to sell, such as paying part of the buyer's mortgage costs, or including all the kitchen appliances, or the date on which you are willing to give occupancy.

Pricing is a process, not an event. So many consumers figure out the price they want, and then tell their selling agent what they need to get for the property. That's backwards. Set price first, and then put your house on the market. Determining a fair market price is done by considering a number of factors: One of the most common methods used is called a CMA, or Certified Market Analysis. The jargon might be confusing, so think of the market analysis as a report of activity, activity that is based on the law of supply and demand. The market report or CMA may use up to 4 categories of housing status to determine price. Homes in all 4 categories will be compared to yours using factors such as location, size, condition, style, number of rooms, and features. Let's take a look at the 4 categories. They are:

. Recent Sales

. Current Listings

. Pending Sales

. and houses that did not sell.

<<Back  Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014

- Search Properties
- Real Estate News

D369

A95

The Real Estate Market Place

800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

**D370**

12/17/2002

http://www.eapen.net/fsbobroucher18.asp

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

E A P E N

Recent sales represent the prices buyers have actually been willing to pay. If possible, those sales should be less than 6 months old. If the market has changed, the use of old data will distort the results.

Current listings represent the prices of homes you will be competing with. These are the homes that buyers will look at and compare to yours. I have a question for you: When you bought your home, how did you determine what to pay for it? Well, If you are like most prospective buyers, you looked at several properties. And during that process, you became knowledgeable about the supply of housing stock and gained an understanding of values in the area. Well, buyers are still comparison-shopping today. The average prospect looks at 18 homes before making a decision.

Using these numbers, that means they have to like your home more than 17 others. It is extremely important to be priced competitively among those on the market. The law of supply and demand will always work its magic. If you have time, consider looking at 2 or 3 houses on the market that are closest to yours in terms of size, style and neighborhood. Another important component of this status is the actual number of homes on the market. In other words, how many, in total, do you have to compete with? It could be 100, or it could be 5.

The third status, pending sale, means that a competing property has sold, but the transaction has not yet been settled, or closed. Although the selling price of these homes must be held in confidence until the settlement of the transaction, these amounts represent the listing prices that have recently attracted offers in today's market. They are an excellent indication of current activity. The last category is houses that did not sell, or, in industry jargon, they are called expired listings. These are the dreams of sellers, and they did not sell because of price.

RATE ALERT! Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Post Realtor Profile

Rate A Realtor

View Realtor Ratings

Modify Profile

Calculators





**A97**

The Real Estate Market Place

  Express Application

Subscribe to our Newsletter

**Mortgage Events**

In addition, there are a few other concepts used in the process of pricing. They are:

. Cost

. Linkages with a residential site

. Substitution

. Price

. Value

. Market Value

Cost is the amount you paid for your home. In harsh reality, cost does not dictate value. If you and a neighbor both built similar homes in the same neighborhood, but you decided to add a swimming pool and upgrade every feature in the home at the highest possible level, you may never recover those costs if the buyer is not interested in those same features. Buyers continue to make decisions for their own reasons, not ours.

Linkages of services with a residential site can also affect the final selling price. A home that is a half-mile from a shopping mall and also near one of the busiest streets in the community may be important to a buyer because teenage children could travel to their jobs easily on foot or with public transportation. However, other prospects would come through the home, look outside, and see the big blue lights of J.C. Penny down the street, and say-"I'm out of here!" The eventual buyer is likely to be one that needed services and amenities near by.

The principle of substitution means that buyers will be substituting the function of a feature when placing value on the home, and will not be concerned with cost. The classic example is that of wells. Using the new home model again, your neighbor may have reached water at 5000 feet, but you reached water at 10,000 feet. Guess what? No buyer will pay you more for your home because your well cost more-they will simply expect the property to have water.

Price means the listing price at which you enter the market. Value means what one buyer would pay. Look at the size of these three lots. If the one in the middle is worth $10,000, does that mean the other

**A98**

The Real Estate Market Place

two are worth $5000 and $20,000 respectively? Not necessarily. A young family with small children might pay more for the lot on the right, but you'd never get me to mow that lawn. I would prefer the smaller lot.

Market Value means the list Price that will get your property sold. Your objective is to find a range of value that will attract prospects to your home, not sell the houses around you. One common mistake sellers make is to recognize market value immediately, but try for more in the initial stages of selling. I've often heard sellers say "I would like to try it higher at first because we can always come down later", especially if they do not feel time urgency. Let me share with you why this pricing strategy is not beneficial.

Let's assume the market value for a home is 100,000, and the owners started at 130,000, and dropped the price in $10,000 increments each month. The vertical line represents price and the bottom, horizontal line represents months on the market. At the point the time the home becomes priced at market value, a long period of time has gone by. The property has become shopworn and buyers will be suspicious.

If you were a prospective buyer and went through a property that had been on the market long in excess of usual market conditions, say, 3 or 4 months, what would be the first thought that goes through your mind? You probably wondered what was wrong with it. This suspicion factor is so high, that I will share a story about a recent purchase of my own. I was looking for a lot to build on, and found a lovely wooded lot, on a cul-de-sac, there was nine acres of landlocked woods behind it for privacy, near a lake, near my favorite golf course, near a freeway entry ramp so I didn't have to drive forever to get somewhere, in an existing subdivision where all of the other homes were already built, which meant I wouldn't have to contend with construction activity-it was just what I was looking for. And I thought to myself, self, why is this lot still available? What's wrong with it? Is there a subsoil problem, a toxic dumpsite on the property, something I can't see? There's got to be something wrong with it or it wouldn't be still available. The sellers gave permission to the listing agent to disclose their motivation for selling, and it turned out that they had bought the lot years ago with the intention of building when they retired, but were now being transferred.

D373

Even after 17 years of being in the real estate business, I was as worried as anybody. Now put yourself in the position of the seller: What would you do, if after 4 months of waiting, you finally got an offer. You would probably jump at it after that amount of time! This puts the seller in an extremely weak negotiating position, both mentally and financially! Often sellers end up taking anything, at a price under market value.

A house takes on a reputation surprisingly fast; so don't wear out your welcome on the market. Once sellers understand this pricing principle, I have often heard them say: "I understand the danger of waiting a long time to reduce price. Couldn't we try a higher price for just a couple of weeks? Couldn't we just test the market for a little while?" Well, you don't want to test the market, only to reduce the price two weeks later because your best, strongly motivated prospects come through during the first 2 or 3 weeks.

The vertical line represents activity on your home, or the number of showings. The horizontal line represents weeks on the market. Activity is going to look something like this. Suppose you and your REALTOR® are sitting at the kitchen table right now. As soon as he or she gets back to the office, your REALTOR®is going to put several marketing procedures into place. Property information will be entered into the Multiple Listing Service database. The marketing office of your real estate company will tour your house. The first ads will be placed. Key brokers in the community will be called and perhaps, if it is appropriate, the first open house will be conducted.

In addition, every real estate agent in town is going to call current prospects that they working with and let them know about your home. This will generate the highest activity you are ever likely to see during your entire marketing time. Don't forget that these first prospects, if they have been looking for a while, are highly educated, and probably have a good feel for value. It doesn't make sense for you to have them see your home and then reduce the price after they have all gone through. Take advantage of the competitive feelings a new listing generates and price your house correctly right from the start. And this is assuming that those prospects even come through at all. You might be thinking to yourself, "Well they could always make an offer." But the best prospects