might not ever see the home, which would rule out that possibility.

Here's why. When you bought your home, how did you determine the price range that you started looking in? If you were like most buyers, your price range was probably determined by the amount you could afford to pay--your maximum mortgage amount plus your down payment.

Let's assume a buyer has $10,000 to put down and will obtain a $90,000 mortgage, for a total purchase price of $100,000. Would they, realistically, look at $130,000 homes? Probably not--they couldn't afford them.

    10,000
   +90,000
  100, 000

<<Back   Next>>

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

- Search Properties.
- Real Estate News

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A101

D375

12/17/2002

http://www.eapen.net/fsbobroucher19.asp

The Real Estate Market Place

| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

EAPEN



Post Realtor Profile
Rate A Realtor
View Realtor Ratings
Modify Profile
Calculators

Another reason prospects might not "make an offer" is more subjective. Other than bargain hunters, human behavior dictates that they just don't. Buyer's will more than likely move on to another home instead.

If homeowners have all of this information, why do they overprice? For several reasons:

- Over-improvement of the home
- Confusing maintenance with improvements
- The personal need for more money
- The original purchase price was higher
- A need for more bargaining room
- A lack of motivation
- The use of an appraisal or tax bill

Regarding over-improvement of the home, one of the most common mistakes is installing swimming pools in northern climates. Another form of over improvement is putting in the best of everything. You may appreciate the most expensive carpeting available, but most buyers simply want to see well-maintained, attractive flooring that is congruent with the style of the home. Some improvements can add value. A professionally updated kitchen, or an extra bath, for example often increases the final sales price. The question to ask yourself is: "If you had known you were going to be selling, would you have made those improvements?

A second reason is confusing maintenance with improvements. Often sellers have said, "I should get more for my home because I just put a new roof on." This is the principle of substitution that I mentioned earlier. Buyers will simply expect the property to

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.




A102



## Mortgage Events

have a functioning roof. Your home may sell faster or you may get part of the cost of the roof back in the selling price, but don't expect to get all of it.

A third reason seller over price is the need to have more money for personal reasons. I call this "I gotta get" syndrome. I must get more because... A common example is when someone moves to a location where prices are much higher.

What if you were moving to a new location, and you found 3 homes that were very similar. One was priced at $150,000, another at $150,000, and a third at $175,000. You might say to yourself, hmmm, something is funny here. You received permission to talk to the seller whose house was listed for $175,000, and they told you that they were moving to a more expensive location, had 3 kids in college, and had run up their home equity loan. Would you help them by paying more for their home? That's an extreme example, but it demonstrates that supply and demand will take precedence over a personal need for a certain price.

Another reason for over pricing is that the sellers original purchase price was higher than current market value. They paid more than they can now sell it for. This can be a very distressing situation. However, it isn't any different from buying stocks that decrease in value after the date of purchase. You could stand on floor of the New York Stock exchange waiving a ticket to sell IBM stock for $150 per share, but if it is only trading at $114, that is all you will get. If the market has reversed since you purchased your home, you have 3 options.

1) Stay in the property

2) Rent the property

3) Sell it at the current market value

The good news is, if you are selling a home in a down market, chances are you are buying in a down market, and will achieve a saving on the new purchase.

A fifth reason sellers overprice is because they feel that they need bargaining room. Bargaining room is a burden. You are being better off turning down a low offer rather than never getting one at all.

http://www.eapen.net/fsboboroucher20.asp    D377    12/17/2002

Another reason for overpricing is lack of motivation. Some people put their house on the market with the intention of only selling if they get that amount-they are not sellers.

Two more common reasons for overpricing are either using an appraisal or a tax bill as a guide. Let's look at appraisals first. The following illustration demonstrates the different uses of an appraisal.

An appraisal conducted on behalf of an insurance company might be to protect the company from overpaying on a claim. An appraisal prepared for a lender is to protect them from giving too large of a mortgage relative to the value of the property. In other words, if the buyer defaulted, and the lender was left with possession of the property, the lender needs to be able to sell it for enough to recover losses. An appraisal to project the sales price is an excellent tool, but will not give you an exact figure, because it cannot reflect the motivation of the actual purchaser, as we have talked about earlier.

And finally, an appraisal for tax assessment purposes is to establish a guide for fair taxation. It has little to do with what any one buyer is willing to pay. Take caution if you hang your hat on solely one appraisal or a tax assessment. If a long period of time passes by and you either have lots of activity or no activity, but more importantly, no offers, than adjust your position on the market in terms of price.

### The benefits of pricing correctly are strong!

You will get more prospects through your house. There will be more excitement generated for your home, causing competition among prospects. This results in a faster sale with less inconvenience, and, best of all, a higher sale price. As a final note on the subject of pricing, if you get an offer right away, it probably doesn't mean you were under priced, it means you took advantage of the best market out there and made good decisions for yourself.

<<Back   Next>>

The Real Estate Market Place

- Search Properties
- Real Estate News

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

D379

12/17/2002



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

### A Guide to Pricing Your Home

The most common approach to determining the optimal list price of a home is the **sales comparison approach**. In which, the sale of similar properties are analyzed to find the highest price at which an ready, willing, and able buyer is likely to purchase your home within the time frame you desire. Because no two properties are exactly alike, each comparable property must be analyzed for differences and similarities between it and your home.

The principal factors for which adjustments must be made include Financial Concessions, Conditions of Sale, Date of Sale, Location, and Physical Features and Amenities. I recommend these factors be applied to the following four groups:

- **Comparable Properties Currently on the Market**-these are the properties that will be competing for buyers' offers with your home. If your home is priced substantially over these comparable properties, you can expect fewer showings and a reduced likelihood of an offer to purchase.

- **Comparable Properties Currently Under Contract**-these properties provide an excellent indication of the price at which buyers will make an offer on comparable properties in current market conditions. However, these properties have not yet gone to settlement, and therefore, do not necessarily reflect the best price at which an offer is presented, accepted, and settled.

- **Comparable Properties Recently Sold**-these properties may be the best indicator of the price necessary for a comparable property to attract an offer from a buyer and make it successfully to settlement. It is important to note however, that most of the original offers on these properties were made several months ago, if not earlier, when market conditions may have been very different. Using the

**RATE ALERT!** Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.






Post Realtor Profile
Rate A Realtor
View Realtor Ratings
Modify Profile
Calculators

A106

D380




**Mortgage Events**

sale prices of comparable properties recently sold, as the sole reference for determining the proper listing price of your home is probably unwise.

. **Comparable Properties that did not sell**-proper evaluation of these properties are critical to determining the optimum list price of your home. This group of homes failed to sell because they were not properly priced with respect to their Location, Physical Condition, Market Conditions, and Available Terms. Understanding how these factors affected the optimum list price of these homes will help prevent you from making the same mistake.

**Dangers of Overpricing Your Home**

. You will lose the excitement that a new listing generates. Most activity on a listing comes within the first 30 days. An initial high price will discourage buyers, causing you to miss out on pent up demand.

. You will lose the most qualified prospects! Buyers will not "just make an offer" because they probably will never see your property. They will view the properties that are priced within their purchase power range, knowing that they cannot afford anything above their price ceiling.

. Overpricing helps sell other, more competitively price homes first. Your home may be used to demonstrate the good value of other properties. Your objective should be to enter the market in a position that will attract prospects, not drive them away.

. Your home may become stale on the market. Prospects may wonder why it has been on the market too long or if something is wrong with the property, even after you lower your price. You may even have to settle for less than market value. A house takes on a reputation surprisingly fast; so don't wear out your welcome on the market.

. If you do get an offer, the contract may fall through because of appraisal problems. The lender may not be able to justify the price as it relates to loan value, considering it a high risk and refusing to lend the buyer mortgage funds.

. You lose a strong negotiating position when your home is on the market a long time, both financially and mentally! Prospects will not "rush" to make an offer on overpriced property, and you may feel

compelled to accept less when they finally do.

. The agent you list your home with cannot set the sales price of your home any more than your stock broker dictates the price of a stock sale. The selling price is simply a function of supply and demand. Never let an agent bid for your listing. Most unsold listing that expires on the market is due to poor pricing, subjecting the owners to the risks discussed above. Select your agent on their ability to negotiate, competency and ability to reach the market. Above all select someone you trust!

<<Back   Next>>

Contact Us | Feedback | Home |         Resource Center

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road: Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

- Search Properties
- Real Estate News

A108

D382

The Real Estate Market Place



| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |

EAPEN

**Estimated Cost of Home Improvements**

The following chart describes some typical home improvements, their approximate costs and the estimated cost recovery potential upon resale. The rate of return will vary, depending on the local housing market.

**Air conditioning**

Install central air unit, concrete pad and all fittings to existing ductwork.

Average cost: $2,200

Rate of return: 80%

**Bathroom**

Install new fixtures, flooring, trim and decorate.

Average cost: $7,000

Rate of return: 71%

**Deck**

Install 225 square foot deck with concrete footings, handrails, benches and stairway.

Average cost: $2,000

Rate of return: 80-100%

**Fireplace**

Install prefab fireplace, frame, fittings, hearth, mantel and chimney top.

Install new fixtures, flooring, trim and decorate.



RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE for a no obligation custom rate quote. Thank You.



ZERO Down
Apply for a Mortgage

- Post Realtor Profile
- Rate A Realtor
- View Realtor Ratings
- Modify Profile
- Calculators



A109

 

**Mortgage Events**

Average cost: $3,200

Rate of return: 90%

**Furnace Replacement**

Replace existing forced-air unit with high-efficiency forced air furnace.

Install new fixtures, flooring, trim and decorate.

Average cost: $2,300

Rate of return: 86%

**Insulation, etc.**

Caulk and weather-strip doors and windows, add setback thermostat, increase attic insulation to R-22, insulate hot water heater.

Install new fixtures, flooring, trim and decorate.

Average cost: $1,500

Rate of return: 75%

**Kitchen Remodeling**

Install new cabinets, island, desk, shelves, laminate countertops, faucet, sink, and appliances and decorate.

Install new fixtures, flooring, trim and decorate.

Average cost: $12,000

Rate of return: 80%

**Landscaping**

Add 3 15 foot shade tees, 15 shrubs, 100 square feet of ground-cover beds, and 4' by 20' brick walkway. Install new fixtures, flooring, trim and decorate.

Average cost: $12,000

Rate of return: 50%

**Roof**

D384

12/17/2002

A110

http://www.eapen.net/fsbobroucher22.asp

Remove 1000 square feet of existing roofing. Apply asphalt felt underlay and 300 pound asphalt or fiberglass shingles, roof ridge, soffit vent, drip edge and flashing.

Install new fixtures, flooring, trim and decorate.

Average cost: $1,300-$1,600

Rate of return: 88%

### Sun room

Add 9 by 14 precut wood and glass sunroom, including shades, ceramic tile flooring, exterior siding; includes excavation and site work.

Install new fixtures, flooring, trim and decorate.

Average cost: $14,000-$20,000

Rate of return: 50%

### Window/door replacement

Replace 16 3' by 5' double-hung windows with vinyl-clad wood windows with double-paned glass; includes casing and trim. Replace 2 existing doors with 6 panel colonial-style pine doors, along with frames, casings, sills, hinges, drip caps, and weather stripping. Includes caulking and painting.

Install new fixtures, flooring, trim and decorate.

Average cost: $10,000-$13,000

Rate of return: 50%

Source: Practical Homeowner, and National Association of Home Builders

<<Back   Next>>

Resource Center

Contact Us | Feedback | Home

- Search Properties
- Real Estate News

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

http://www.eapen.net/fsbobroucher22.asp

12/17/2002

D385

**A111**

D386

12/17/2002

The Real Estate Market Place

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A112

http://www.eapen.net/fsbobroucher22.asp

The Real Estate Market Place



HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER

EAPEN



**RATE ALERT!** Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.



ZERO Down



Apply for a Mortgage

- Post Realtor Profile
- Rate A Realtor
- View Realtor Ratings
- Modify Profile
- Calculators

**Helpful Hints to Sell Your Home**

Walk across the street and look at your property as if you were a potential buyer. Ask yourself what a buyer might object to. The following is a list of suggestions:

<u>The Exterior</u>

. Lawn-the yard should be neatly mowed, raked and edged.

. Trees/Shrubs-should be pruned and shaped to compliment the property.

. Flowers-consider adding seasonal flowers.

. Sidewalks/Driveways-should be swept and washed to remove debris, dirt and stains. Cracks should be repaired and patched.

. Painting-check the home for any needed maintenance just as a buyer would. Repaint or touch up as necessary. You can't find a better investment when you are selling your house! Don't let the outside turn buyers off before the inside turns them on.

. Doors/Windows-all doors and windows should be in good working order. Clean and paint doors if necessary, wash all windows and replace any broken or cracked windowpanes. Screens should be free of any tears or holes. Inspect all locks to ensure that they are functioning properly.

. Roofs/Gutters/Down spouts-check for loose or missing shingles. Clean out gutters and down spouts. Touch up peeling areas on gutters.

<u>The Interior</u>

. Atmosphere-when placing yourself in the potential

A113




**Mortgage Events**

buyer's shoes, you will want to consider the overall atmosphere of your home. Keep color, lighting and smell in mind as you go through the home. Create an atmosphere within your home as one of shelter, a place that is safe and warm, and in good condition.

. Smell-a clean-smelling house creates a positive image in the buyer's mind. Be aware of any odors from cooking, cigarettes, pets, etc. that may have adverse affects on potential buyers.

. Color-be cautious when selecting colors when painting or replacing carpeting. The key is to promote your home to the largest segment of the buying market as possible. Stay with neutral colors-let the new owner choose their own color scheme.

. Lighting-take advantage of natural light as much as possible by cleaning windows, opening shades and drapes, etc. Add lamps and lighting where necessary. Be sure that all fixtures are clean and have functioning bulbs. Increase the wattage of the bulbs in the basement area.

. Walls-check for peeling paint, loose wallpaper. Consider replacing unusual or bold colors with neutral tones.

. Floors-clean all wall-to-wall carpeting and area rugs. Clean and polish linoleum, tile and wooden floors. Consider refinishing wood floors if necessary.

. Closets-empty closets of off-season clothing and pack for the move. Organize them to demonstrate the most efficient use of space. Leave as few items on the floor or shelves as possible.

. Furniture-arrange furniture to give the rooms as spacious a feeling as possible. Consider removing furniture from rooms that are too crowded. Avoid clutter. Pack up knickknacks- both to protect them and to give the room a more spacious feel if necessary but leave enough items to give the home a personal touch. Dispose of unneeded items. Store large furniture if necessary.

. Woodwork-clean and polish all woodwork if necessary. Pay particular attention to the kitchen and bath cabinets.

. Bathrooms-cleanliness is the key! Make sure that all surfaces are spotless and remove non-skid decals

that are in poor condition. Replace worn or dirty shower curtains, clean and repair caulking, store all personal care products out of sight. Repair any faucets that leak or do not function properly. Clean off mineral deposits with vinegar or commercial products. Clear off countertops. Clean and organize all cabinets and drawers. Shampoo throw rugs. Consider bringing out your best soaps and towels. Add a plant for color and freshness.

. Fireplace-sweep and clean the fireplace. Place a few logs on the grate to create an attractive appearance. You are welcome to have a fire going during showings-it creates a great atmosphere.

. Appliances/Light Fixtures-clean, bright, sparkling and shiny!!

. Dining room-consider adding fresh or silk flowers, or setting the table with an attractive arrangement.

. Kitchen-avoid clutter-store small appliances whenever possible to maximize the appearance of workspace. Clean and organize all storage space. Sinks, cabinets, appliances and counter tops should be clean and fresh.

. Basement/Attic-the basement and attic should be cleaned and organized. Be sure that the stairs are cleared, well lighted and that the handrail is secure. Remove and dispose of any items that will not be moved with you. Pack other items neatly in boxes. . Garage-sweep and wash the floor to remove dirt and stains. Organize tools, garden equipment, bicycles, etc.

. Items not included in the sale-remove (and replace if applicable) any items that will not be included in the sale of the property such as light fixtures.

<<Back  Next>>

Contact Us | Feedback | Home |                          Resource Center           - Search Properties
                                                                                 - Real Estate News
The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

A115

D389

The Real Estate Market Place



| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |



**Proven Advice: Preparing Your Home for Sale**

Be sure to watch the video "How to Get Your House SOLD! Strategies for the Home Seller" addresses the gamut of concerns and responsibilities that homeowners face in selling their homes. The style is direct, yet conversational, and the intent is to educate your thoroughly about important aspects of selling your home:

. Pricing

. REALTOR Selection

. Staging the Home For Sale.

Most importantly, the third section, Staging Your Home For Sale, will give you important information about maximizing the sales price of your property. You control the condition of your home! So sit back, watch the movie, and take notes or jot down questions if necessary. I will be happy to answer them.

**Open House Preparation Instructions**

This checklist is provided for your convenience to assist you in preparing for your open house, and also as a review of the items we covered during our initial meeting. If you have any questions, please feel free to call.

**Exterior:**

. Driveway clear of toys, garden hoses, vehicles, etc.

. Lawn freshly cut and trimmed

. Walks swept or washed/shoveled

. Flowerbeds maintained

RATE ALERT!
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Apply for a Mortgage

A116




**Mortgage Events**

- Remove any unnecessary items or debris
- Front door should be sharp. Add a coat of paint if necessary.

**Interior:**

- Cleanliness is imperative. Pay particular attention to the kitchen and baths
- All beds made
- Remove and pack any small valuables, collectibles or easily broken items
- Lubricate sticky drawers and doors
- Air conditioning/heat at a comfortable temperature
- Closets should be organized and tidy
- Close toilet lids in bathrooms
- Clothing and toys should be put away
- All stairways are clear and well lit

**Staging:**

- Open all of the drapes
- Turn all of the lights on, including garage and closets. Increase wattage in basement if necessary.
- Pets are gone
- Air should smell fresh and clean

**The magic:**

- Fire in fire place
- Spray vanilla on entry doorjamb
- Fresh flowers or potted plants
- Soft music

**Can you provide the following?**

- Coffee/cider/lemonade

- Cookies, doughnuts or similar snack?

Thank you for your cooperation! All of these preparations will maximize the opportunity to sell your home to prospective buyers.

<<Back  Next>>

| Resource Center |
| - Search Properties |
| - Real Estate News |

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

D392

A118



| HOME | SEARCH PROPERTIES | POST NEW LISTING | DELETE/VIEW LISTING | LOGIN | REGISTER |



**Suggestions for Open House Materials**

**Information Kit**

- Articles regarding home purchase opportunities from recent newspapers, Today's Real Estate, etc.
- Presentation page "What Is Title Insurance?"
- Current mortgage interest rates
- Local community information
- Local school Information
- Brochures about local points of interest
- Game schedules for local teams
- Personal brochure or resume
- Company publications of current listings
- Presentation page "Open House Survey"
- Homeowner's tax savings analysis
- Buyer information sheet, property inspection sheets, etc.

**Open House Survey**

Name: _____

Address: _____

Work Phone: _____

Home Phone _____

Please answer the following:



**RATE ALERT!**
Often, we are able to negotiate better than published rates from wholesale sources and rates may vary among different borrowers. Therefore, to protect our partners and prevent possible ill will, we no longer make rates available to the general public. Please APPLY ONLINE, for a no obligation custom rate quote. Thank You.





Post Realtor Profile
Rate A Realtor
View Realtor Ratings
Modify Profile
Calculators

A119



ZERO DOWN
Apply for a Mortgage

# The Real Estate Market Place




**Mortgage Events**

1. **How did you find out about this home?**
   - Newspaper    . Mailing    . Sign
   - Referral from a friend    . Referral from another broker
   - Other: _____

2. **Are you selling or planning to sell soon?**
   - Yes    . No

3. **Are you currently buying or thinking about buying a property?**
   - Yes    . No

4. **What did you like most about this property?**
   _____
   _____

5. **What did you like least about this property?**
   _____
   _____

The owners appreciate your completion of this market survey. If you ever need the services of a REALTOR®, please do not hesitate to call. Thank you.

<<Back  Next>>

- Search Properties
- Real Estate News

Resource Center

Contact Us | Feedback | Home |

The Eapen Corporation
TERLYN SQUARE # 123 15 West Churchville Road; Suite 115 Bel Air, MD 21014
800.80EAPEN / 410.8792055

Copyright © 1997-2002 EAPEN, Inc. All Rights Reserved.

http://www.eapen.net/fsbobroucher25.asp

12/17/2002

D394

A120