IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 04-425 (SLR) |

**STIPULATION TO ADJUST BRIEFING AND AFFIDAVIT SCHEDULE**

It is hereby STIPULATED and AGREED by and between plaintiff and defendant, subject to the approval of the Court, that:

Whereas Defendant MBNA America Bank, a subsidiary of MBNA Corporation ("MBNA") has filed its opening brief for summary judgment on November 15, 2005, and

Whereas Plaintiff Equal Employment Opportunity Commission's ("EEOC") answering brief is currently due on November 30, 2005;

Now Therefore, EEOC and MBNA, by and through their respective counsel, hereby stipulate to adjust the briefing and affidavit schedule as follows:

(1) EEOC's answering brief and accompanying affidavit(s) shall be served and filed no later than December 12, 2005;

(2) MBNA's reply brief and accompanying affidavit(s) shall be served and filed no later than December 30, 2005;

(3) all other rules as set forth in Delaware Local Civil Rule 7.1.2 shall apply.

Dated: November 30, 2005

| /s/ Rudolph Contreras | /s/ Sheldon Sandler |
|---|---|
| Rudolph Contreras, Chief-Civil Division | Sheldon Sandler, Esquire |
| Assistant United States Attorney | Young Conaway Stargatt & Taylor, LLP |
| United States Attorney's Office | The Brandywine Building |
| 1007 Orange Street, Suite 700 | 1000 West Street, 17th Floor |
| Post Office Box 2046 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899-2046 | (302) 571-6673; (302) 576-3330 (Fax) |
| (302) 573-6277 | ssandler@ycst.com |
| rudolph.contreras@usdoj.gov | |
| *Local Counsel for Plaintiff EEOC* | *Counsel for Defendant* |

/s/ Terrence R. Cook
Terrence R. Cook, Senior Trial Attorney
United States Equal Employment
Opportunity Commission Philadelphia
District Office
21 South 5th Street, Suite 400
Philadelphia, PA 19106
(215) 440-2688; (215) 440-2848 (Fax)
terrence.cook@eeoc.gov

*Counsel for Plaintiff EEOC*

IT IS SO ORDERED:

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November _____, 2005.