IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION,<br><br>Defendant. | Civil Action No. 04-425 (SLR) |

**MOTION TO ADJUST BRIEFING AND AFFIDAVIT SCHEDULE**

Pursuant to Local Civil Rule 7.1.2, Plaintiff Equal Employment Opportunity Commission ("Commission") hereby moves for an Order Extending the Time to File its Answering Brief in Response to Defendant MBNA's Motion for Summary Judgment two business days to December 14, 2005. Defendant MBNA filed its Opening Brief in Support for Summary Judgment on November 15, 2005. On November 30, 2005, the Court approved the parties' Stipulation to Adjust Briefing and Affidavit Schedule. Under the Stipulation, the Commission was to file its Answering Brief no later than December 12, 2005. The Commission's Answering Brief is complete. However, the Commission needs additional time to finalize the brief (*i.e.*, prepare table of contents, table of authorities, nature of case, procedural history, summary of argument, etc.).

Counsel for the EEOC attempted to contact Defendant's counsel to discuss his position on this non-dispositive motion. However, due to the late hour, he was unable to reach him. Accordingly, the Commission respectfully requests a brief extension of two business days to

allow sufficient time to complete its brief in conformity with the Local Rules.

           Respectfully submitted,

           _____/S/_____
           Rudolph Contreras
           Assistant United States Attorney
           Chief, Civil Division
           1007 N. Orange Street
           Suite 700
           P.O. Box 2046
           Wilmington, DE 19899-2046
           (302) 573-6277 ext. 154


           _____/S/_____
           Terrence R. Cook
           Senior Trial Attorney
           U.S. Equal Employment Opportunity Commission
           21 South Fifth Street
           Philadelphia, PA 19106
           (215) 440-2688

Dated: December 12, 2005

CERTIFICATE OF SERVICE

       I hereby certify that on this 12th day of December 2005, I electronically filed the attached MOTION TO ADJUST BRIEFING AND AFFIDAVIT SCHEDULE with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sheldon N. Sandler
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                                                             _____/S/_____
                                              RUDOLPH CONTRERAS
                                              Chief, Civil Division
                                              Assistant United States Attorney
                                              1007 Orange Street
                                              Suite 700
                                              Post Office Box 2046
                                              Wilmington, Delaware 19899-2046
                                              (302) 573-6277