IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION,<br><br>Defendant. | Civil Action No. 04-425 (SLR) |

## ORDER

UPON CONSIDERATION of the Plaintiff United States Equal Employment Opportunity Commission's ("EEOC") Motion to Adjust Briefing and Affidavit Schedule, the grounds stated therefor, and the entire record herein, it is the _____ day of December, 2005 hereby

ORDERED that the EEOC's motion for a two business day extension should be and it hereby is granted; and it is,

FURTHER ORDERED that the EEOC's Answering Brief in Response to Defendant MBNA's Motion for Summary Judgment shall now be due on or before December 14, 2005.

_____
UNITED STATES DISTRICT JUDGE