IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY )<br>COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA AMERICA BANK, N.A., )<br>)<br>Defendant. ) | C.A. No. 04-CV-425 SLR |

## DEFENDANT'S MOTION TO ADJUST BRIEFING AND AFFIDAVIT SCHEDULE

Pursuant to Local Civil Rule 7.1.2, Defendant MBNA American Bank, N.A., hereby moves for an Order extending the time to file its Reply Brief and affidavits in support of its Motion for Summary Judgment. Plaintiff's Answering Brief and appendix were due, under the Court's approved Order extending the time for filing, on December 14, 2005. However, the appendix has not yet been filed. Because of previously scheduled vacations and holiday closings, Defendant needs additional time to prepare its Reply Brief and Appendix, and requests that the Court grant an extension until January 9, 2006. Counsel for the EEOC does not oppose this Motion.

Respectfully submitted,

_____
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Sheldon N. Sandler, Esquire (No. 245)
Margaret M. DiBianca, Esquire (No. 4539)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6673, 571-5008
Facsimile: (302) 576-3330, 576-3476
Email: ssandler@ycst.com, mdibianca@ycst.com
Attorneys for Defendant

DATED: December 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2005, I electronically filed a true and correct copy of foregoing **Defendant's Motion To Adjust Briefing and Affidavit Schedule** and **Order** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Rudolph Contreras
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on December 19, 2005, I caused a copy of **Defendant's Motion To Adjust Briefing and Affidavit Schedule** and **Order** to be served by hand-delivery on the following counsel of record:

>Rudolph Contreras, Esquire
>Assistant U.S. Attorney, Chief Civil Division
>U.S. Department of Justice
>1007 Orange Street, Suite 700
>P.O. Box 2046
>Wilmington, DE 19899-2046

I further certify that on December 15, 2005, I served the foregoing **Defendant's Motion To Adjust Briefing and Affidavit Schedule** and **Order** on the following non-registered participants in the manner indicated below:

>Terrence R. Cook, Esquire **(By First Class Mail)**
>U.S. Equal Employment Opportunity Commission
>Philadelphia District Office
>21 South Fifth Street
>The Bourse, Suite 400
>Philadelphia, PA 19106-2515

>YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>_____
>Sheldon N. Sandler, Esquire (No. 0245)
>The Brandywine Building
>1000 West Street, 17th Floor
>P.O. Box 391
>Wilmington, Delaware 19899-0391
>Telephone: (302) 571-6673
>Facsimile: (302) 576-3330
>Email: ssandler@ycst.com
>Attorneys for Defendant

Dated: December 19, 2005