IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MBNA AMERICA BANK, N.A. a subsidiary )<br>of MBNA CORPORATION, )<br>Defendant. ) | C.A. No. 04-CV-425 SLR |

**ORDER**

UPON CONSIDERATION of the Defendant MBNA's Motion To Adjust Briefing and Affidavit Schedule, the grounds stated therefore, and the entire record herein, it is the _____ day of December, 2005 hereby

ORDERED that MBNA's motion should be and it hereby is granted; and it is,

FURTHER ORDERED that MBNA's Reply Brief and Appendix in Support of Its Motion for Summary Judgment shall now be due on or before January 9, 2006.

_____
UNITED STATES DISTRICT JUDGE