<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on this 19th day of December 2005, I electronically filed the attached Appendix (to Opposition to MBNA's Motion for Summary Judgment) with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Sheldon N. Sandler
The Brandywine Bldg.
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

                     _____/S/_____
                     RUDOLPH CONTRERAS
                     Chief, Civil Division
                     Assistant United States Attorney
                     1007 Orange Street
                     Suite 700
                     Post Office Box 2046
                     Wilmington, Delaware 19899-2046
                     (302) 573-6277