IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>MBNA AMERICA BANK, N.A., a<br>subsidiary of MBNA CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 04-425 (SLR) |

## PLAINTIFF EEOC'S REQUEST FOR ORAL ARGUMENT

Pursuant to Delaware Local Civil Rule 7.1.4., plaintiff United States Equal Employment Opportunity Commission hereby requests oral argument on defendant MBNA's Motion for Summary Judgment. The Commission received defendant MBNA's Reply Brief in Support of its Motion for Summary Judgment on January 10, 2006.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/s/  Rudolph Contreras　　　　　　　　　　　/s/ Terrence R. Cook
_____　　　_____
Rudolph Contreras　　　　　　　　　　　　Terrence R. Cook
Assistant United States Attorney　　　　　　Senior Trial Attorney
Chief, Civil Division　　　　　　　　　　　United States Equal Employment
1007 N. Orange Street, Suite 700　　　　　 Opportunity Commission
Post Office Box 2046　　　　　　　　　　 Philadelphia District Office
Wilmington, Delaware 19899-2046　　　　　21 South 5th Street, Suite 400
(302) 573-6277 ext. 154　　　　　　　　　 Philadelphia, PA 19106
rudolph.contreras@usdoj.gov　　　　　　　(215) 440-2688; (215) 440-2848 (Fax)
　　　　　　　　　　　　　　　　　　　　terrence.cook@eeoc.gov
*Local Counsel for Plaintiff EEOC*
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff EEOC*
Dated: January 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2006, I electronically filed the attached

PLAINTIFF EEOC'S REQUEST FOR ORAL ARGUMENT with the Clerk of the Court using

CM/ECF which will send notification of such filing to the following:

    Sheldon Sandler, Esquire
    Young Conaway Stargatt & Taylor, LLP
    The Brandywine Building
    1000 West Street, 17th Floor
    Wilmington, Delaware 19801
    Tel: (302) 571-6673
    Fax: (302) 576-3330
    *Counsel for Defendant*

    _____/S/_____
    RUDOLPH CONTRERAS
    Chief, Civil Division
    Assistant United States Attorney
    1007 N. Orange Street
    Suite 700
    Post Office Box 2046
    Wilmington, Delaware 19899-2046
    (302) 573-6277 ext. 154

Dated: January 12, 2006