IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

MBNA America Bank, NA
*a subsidiary of MBNA Corporation*,

      Defendant.

Civil Action No. 04-425-SLR

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Notice is hereby given of the substitution of Patricia C. Hannigan, Assistant United States Attorney for the District of Delaware, in place of Rudolph Contreras, former Assistant United States Attorney for the District of Delaware, as the attorney for Plaintiff, in the above-captioned case.

    COLM F. CONNOLLY
    United States Attorney

    By: /s/Patricia C. Hannigan
    Patricia C. Hannigan
    Assistant United States Attorney
    Delaware Bar I.D. No. 2145
    The Nemours Building
    1007 Orange Street, Suite 700
    P. O. Box 2046
    Wilmington, DE 19899-2046
    (302) 573-6277
    Patricia.Hannigan@usdoj.gov

Dated:  March 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on **March 30, 2006**, I electronically filed a **NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE** with the Clerk of Court using CM/ECF. Notification of such filing will be electronically mailed to the following:

**Sheldon N. Sandler, Esquire**
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600
ssandler@ycst.com

*Counsel for Defendant,*
*MBNA America Bank NA*

                            COLM F. CONNOLLY
                            United States Attorney

                    By:  /s/Patricia C. Hannigan
                            Patricia C. Hannigan
                            Assistant United States Attorney
                            Delaware Bar I.D. No. 2145
                            The Nemours Building
                            1007 Orange Street, Suite 700
                            P. O. Box 2046
                            Wilmington, DE 19899-2046
                            (302) 573-6277
                            Patricia.Hannigan@usdoj.gov