IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>MBNA AMERICA BANK, N.A., a subsidiary of MBNA CORPORATION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 04-425-SLR<br>)<br>)<br>)<br>)<br>) |

O R D E R

At Wilmington, this 29th day of September, 2006, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 28) is denied.

IT IS FURTHER ORDERED that a telephone conference shall be conducted by the court on October 13, 2006 at 9:00 a.m. to schedule trial in this matter. Plaintiff's counsel shall initiate the call.

                              _____
                              United States District Judge