# U.S. Department of Justice



*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *The Nemours Building* | *(302) 573-6277 x 156* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | *TTY (302) 573-6274* |
| *Wilmington, Delaware 19899-2046* | *Toll Free (888) 293-8162* |
| | *Patricia.Hannigan@usdoj.gov* |

October 13, 2006

**VIA CM/ECF**

Honorable Sue L. Robinson
Chief Judge
6124 J. Caleb Boggs Federal Bldg.
844 King Street
Wilmington, Delaware 19801

    RE:    **EEOC v. MBNA**
              **Civil Action No. 04-425-SLR (D. Del.)**

Dear Chief Judge Robinson:

    First, I apologize again for the confusion surrounding the teleconference scheduled by the Court for this morning at 9:00 a.m. Apparently a simple scheduling error was the problem; the call was scheduled for 10:00 a.m. rather than 9:00 a.m.

    In any event, we appreciate the Court's willingness simply to propose dates for the pretrial conference and trial. I have discussed those dates with counsel and they are agreeable. This letter, then, will confirm that we are on Your Honor's calendar for a pretrial conference at 4:30 p.m. on February 13, 2007, and a five-day trial beginning on February 26, 2007.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      COLM F. CONNOLLY
                                                      United States Attorney

                                                  By: /s/Patricia C. Hannigan
                                                      Patricia C. Hannigan
                                                      Assistant United States Attorney

cc:    Sheldon N. Sandler, Esquire/Via CM/ECF
        Terrence R. Cook, Trial Attorney/EEOC/Via Facsimile