IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,   )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>MBNA AMERICA BANK NA, a  )<br>subsidiary of MBNA   )<br>Corporation,   )<br>)<br>Defendant.   ) | Civ. No. 04-425-SLR |

**SCHEDULING ORDER**

At Wilmington this 14th day of November, 2006, having conferred with counsel;

IT IS ORDERED that the September 22, 2004 scheduling order as amended on April 11, 2005 and July 29, 2005 is hereby further amended as follows:

1. **Pretrial Conference.** A pretrial conference will be held on **Tuesday, February 13, 2007 at 4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

2. **Trial.** This matter is scheduled for a jury trial commencing on **Monday, February 26, 2007** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King

Street, Wilmington, Delaware.  For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge